**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@ bradleygrombacher.com

**ROTHSCHILD & ASSOCIATES, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Telephone: (805) 845-1190
Facsimile: (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br><br>Defendants. | **CASE NO. 2:18-CV-04916**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(Local Rule 3-15)** |

1
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**TO THE COURT AND TO ALL PARTIES OR RECORD:**

The undersigned, counsel of record for ANDREA RIDGELL, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated | Plaintiff |
| FRONTIER AIRLINES, INC. a Colorado Corporation | Defendant |
| AIRBUS S.A.S., a foreign corporation doing business in the State of California | Defendant |
| AIRBUS GROUP HQ INC., a corporation doing business in the State of California | Defendant |

DATED:  June 1, 2018                **BRADLEY/GROMBACHER, LLP**

By:  /S/   Kiley Lynn Grombacher
Marcus J. Bradley, Esq.
Kiley Lynn Grombacher, Esq.
Attorneys for Plaintiff

2
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**