Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7699
Email:       kevin.sutherland@clydeco.us
             natasha.mikha@clydeco.us

Jeffrey J. Ellis (*pro hac vice* application to be submitted)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone:  (212) 710-3900
Facsimile:  (212) 710-3950
Email:       jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>STIPULATION AND ORDER [PROPOSED] EXTENDING TIME FOR FRONTIER AIRLINES TO FILE AND SERVE ANSWER OR MOTION IN RESPONSE TO COMPLAINT BY 39 DAYS<br><br>Complaint Filed: June 1, 2018<br>Current Response Date: July 6, 2018<br>New Response Date: August 14, 2018 |

Plaintiff Andrea Ridgell and defendant Frontier Airlines, Inc. (hereinafter "Frontier Airlines"), by and through their counsel of record, hereby submit their stipulation requesting that the Court issue an order extending the time for Frontier Airlines to file and serve an answer or a motion in response to plaintiff's complaint by 39 days, up to, and including, August 14, 2018, as follows.

WHEREAS, on June 1, 2018, plaintiff filed a complaint against Frontier Airlines

1 in this Court [Dkt No. 1];

2     WHEREAS, on June 15, 2018, plaintiff served Frontier Airlines with a copy of
3 the summons and complaint;

4     WHEREAS, at the time of executing this stipulation, plaintiff has not yet served
5 the other named defendants;

6     WHEREAS, this complaint presents varied and complex issues, including a
7 request that the Court issue an order certifying this matter as a class action; and

8     WHEREAS, plaintiff and Frontier Airlines are in agreement to extend the time
9 within which Frontier Airlines has to file and serve an answer or a motion in response
10 to plaintiff's complaint by 39 days, in order to provide a total of 60 days from the date
11 of service on Frontier Airlines within which Frontier Airlines has to file and serve an
12 answer or a motion in response to plaintiff's complaint;

13     IT IS HEREBY STIPULATED that good cause exists for the Court to issue an
14 order extending the deadline for Frontier Airlines to file and serve an answer or a
15 motion in response to plaintiff's complaint by 39 days, up to, and including, August 14,
16 2018.

17     IT IS SO STIPULATED.

18 Dated: July 5, 2018     CLYDE & CO US LLP

19     By: _____
20     KEVIN R. SUTHERLAND
    NATASHA N. MIKHA
21     Attorneys for Defendant
    FRONTIER AIRLINES, INC.

22

23 Dated: July 5, 2018     BRADLEY/GROMBACHER LLP

24     By: /s/Kiley L. Grombacher[1]
25     MARCUS J. BRADLEY
    KILEY L. GROMBACHER
26     KRISTI D. ROTHSCHILD
    Attorneys for Plaintiff
27     ANDREA RIDGELL

28 [1] By permission of Kiley L. Grombacher on July 5, 2018.

---

4295448     -2-
STIPULATION AND ORDER [PROPOSED] TO EXTEND TIME FOR FRONTIER AIRLINES
TO FILE AND SERVE ANSWER OR MOTION IN RESPONSE TO COMPLAINT

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On July 5, 2018, I served the document(s) described as:

**STIPULATION AND ORDER [PROPOSED] EXTENDING TIME FOR FRONTIER AIRLINES TO FILE AND SERVE ANSWER OR MOTION IN RESPONSE TO COMPLAINT BY 39 DAYS**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 5, 2018, at San Francisco, California.

Patricia Inabnet/Porsha Lee

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
 kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600