1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>ORDER EXTENDING TIME FOR FRONTIER AIRLINES TO FILE AND SERVE ITS ANSWER OR MOTION IN RESPONSE TO COMPLAINT BY 39 DAYS [PROPOSED]<br><br>Complaint Filed: June 1, 2018<br>Current Response Date: July 6, 2018<br>New Response Date: August 14, 2018 |
|---|---|

WHEREAS, plaintiff Andrea Ridgell and defendant Frontier Airlines, Inc. (hereinafter "Frontier Airlines"), by and through their counsel of record, having stipulated that the Court issue an order extending the time for Frontier Airlines to file and serve an answer or a motion in response to plaintiff's complaint by 39 days, up to, and including, August 14, 2018; and

WHEREAS, the Court having reviewed the stipulation and good cause appearing therefor;

IT IS HEREBY ORDERED THAT the time within which Frontier Airlines has

1  to file and serve an answer or a motion in response to plaintiff's complaint is extended
2  from July 6, 2018, up to, and including, August 14, 2018.
3       IT IS SO ORDERED.
4
5  Dated: _____, 2018        _____
6                                                   HONORABLE PERCY ANDERSON
                                                 JUDGE, UNITED STATES DISTRICT COURT

-2-
ORDER EXTENDING TIME FOR FRONTIER AIRLINES TO FILE AND SERVE ITS
ANSWER OR MOTION IN RESPONSE TO COMPLAINT BY 39 DAYS [PROPOSED]

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On July 5, 2018, I served the document(s) described as:

**ORDER EXTENDING TIME FOR FRONTIER AIRLINES TO FILE AND SERVE ITS ANSWER OR MOTION IN RESPONSE TO COMPLAINT BY 39 DAYS [PROPOSED]**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 5, 2018, at San Francisco, California.

_____
Patricia Inabnet/Porsha Lee

---

-3-
ORDER EXTENDING TIME FOR FRONTIER AIRLINES TO FILE AND SERVE ITS
ANSWER OR MOTION IN RESPONSE TO COMPLAINT BY 39 DAYS [PROPOSED]

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff