1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| 12  ANDREA RIDGELL, on behalf of herself and others similarly situated, | ) Case No.: 2:18-CV-04916 PA (AFMx) |
| 13 | ) |
| Plaintiff, | ) ORDER EXTENDING TIME FOR FRONTIER AIRLINES TO FILE AND SERVE ITS ANSWER OR MOTION IN RESPONSE TO COMPLAINT BY 39 DAYS |
| 14 | ) |
| v. | ) |
| 15 | ) |
| FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California, | ) |
| 16 | ) Complaint Filed: June 1, 2018 |
| | ) Current Response Date: July 6, 2018 |
| 17 | ) New Response Date: August 14, 2018 |
| 18 | ) |
| 19 | ) |
| Defendants. | ) |
| 20 | ) |

21      WHEREAS, plaintiff Andrea Ridgell and defendant Frontier Airlines, Inc.
22 (hereinafter "Frontier Airlines"), by and through their counsel of record, having
23 stipulated that the Court issue an order extending the time for Frontier Airlines to file
24 and serve an answer or a motion in response to plaintiff's complaint by 39 days, up to,
25 and including, August 14, 2018; and
26      WHEREAS, the Court having reviewed the stipulation and good cause
27 appearing therefor;
28      IT IS HEREBY ORDERED THAT the time within which Frontier Airlines has

1  to file and serve an answer or a motion in response to plaintiff's complaint is extended
2  from July 6, 2018, up to, and including, August 14, 2018.
3         IT IS SO ORDERED.
4
5  Dated: July 6, 2018                          _____
6                                                PERCY ANDERSON
                                                 UNITED STATES DISTRICT JUDGE