Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7699
Email:      kevin.sutherland@clydeco.us
            natasha.mikha@clydeco.us

Jeffrey J. Ellis (*pro hac vice* application to be submitted)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone: (212) 710-3900
Facsimile: (212) 710-3950
Email:      jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>                    Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT<br><br>Complaint Filed: June 1, 2018 |

Frontier Airlines, Inc. (hereinafter "Frontier "), by and through its counsel of record, Clyde & Co US LLP, hereby answers plaintiff's complaint as follows:

### AS TO THE INTRODUCTION

1.      Frontier denies the allegations contained in paragraph 1 of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law

contained therein to the Court.

2.    Frontier denies the allegations contained in paragraph 2 of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

3.    Frontier denies the allegations contained in paragraph 3 of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

4.    Frontier denies the allegations contained in paragraph 4 of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

5.    Frontier denies the allegations contained in paragraph 5 of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

### AS TO THE PARTIES

6.    Frontier denies the allegations contained in paragraph 1 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

7.    Frontier denies the allegations contained in paragraph 2 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

8.    Frontier denies the allegations contained in paragraph 3 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

9.    Frontier denies the allegations contained in paragraph 4 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

10.    Frontier admits the allegations contained in paragraph 5 [*sic*] of plaintiff's complaint.

### AS TO JURISDICTION AND VENUE

11.    Frontier denies the allegations contained in paragraph 6 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

12.    Frontier denies the allegations contained in paragraph 7 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except that Frontier admits that Frontier is certified by the United States Department of Transportation to engage in interstate air transportation and operates flights to and from California.

13.    Frontier denies the allegations contained in paragraph 8 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except that Frontier admits that Frontier is certified by the United States Department of Transportation to engage in interstate air transportation and operates flights to and from California.

14.    Frontier denies the allegations contained in paragraph 9 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

### AS TO "FACTS ABOUT FRONTIER FLIGHT F91630"

15.    Frontier admits the allegations contained in paragraph 10 [*sic*] of plaintiff's complaint.

16.    Frontier admits the allegations contained in paragraph 11 [*sic*] of plaintiff's complaint.

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

17.     Frontier denies the allegations contained in paragraph 12 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

18.     Frontier denies the allegations contained in paragraph 13 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except that Frontier admits that Frontier is certified by the United States Department of Transportation to engage in interstate air transportation and operates flights to and from California.

19.     Frontier denies the allegations contained in paragraph 14 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

20.     Frontier denies the allegations contained in paragraph 15 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

21.     Frontier denies the allegations contained in paragraph 16 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

22.     Frontier denies the allegations contained in paragraph 17 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

23.     Frontier denies the allegations contained in paragraph 18 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

24.     Frontier denies the allegations contained in paragraph 19 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

25.     Frontier denies the allegations contained in paragraph 20 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the flight was diverted to Phoenix, Arizona.

26.     Frontier denies the allegations contained in paragraph 21 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

27.     Frontier denies the allegations contained in paragraph 22 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

28.     Frontier denies the allegations contained in paragraph 23 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

29.     Frontier denies the allegations contained in paragraph 24 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

30.     Frontier denies the allegations contained in paragraph 25 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations.

31.     Frontier denies the allegations contained in paragraph 26 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations.

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5ᵗʰ Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

32.    Frontier denies the allegations contained in paragraph 27 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO "GENERAL FACTS ABOUT DEFENDANTS' BLEED AIR SYSTEM"

33.    Frontier denies the allegations contained in paragraph 28 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the Federal Aviation Administration ("FAA") as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

34.    Frontier denies the allegations contained in paragraph 29 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

35.    Frontier denies the allegations contained in paragraph 30 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

36.    Frontier denies the allegations contained in paragraph 31 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in

/ /

accordance with manuals and procedures that are also certified and approved by the FAA.

37.    Frontier denies the allegations contained in paragraph 32 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

38.    Frontier denies the allegations contained in paragraph 33 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

## AS TO "FACTS ABOUT 'FUME' EVENTS"

39.    Frontier denies the allegations contained in paragraph 34 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

40.    Frontier denies the allegations contained in paragraph 35 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

41.    Frontier denies the allegations contained in paragraph 36 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

42.     Frontier denies the allegations contained in paragraph 37 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

43.     Frontier denies the allegations contained in paragraph 38 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

44.     Frontier denies the allegations contained in paragraph 39 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

45.     Frontier denies the allegations contained in paragraph 40 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

-8-
FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

46.     Frontier denies the allegations contained in paragraph 41 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

47.     Frontier denies the allegations contained in paragraph 42 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

48.     Frontier denies the allegations contained in paragraph 43 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

49.     Frontier denies the allegations contained in paragraph 44 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

50.     Frontier denies the allegations contained in paragraph 45 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

accordance with manuals and procedures that are also certified and approved by the FAA.

51. Frontier denies the allegations contained in paragraph 46 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

**AS TO "'FUME' EVENTS ARE COMMON ON DEFENDANT'S AIRCRAFTS"**

52. Frontier denies the allegations contained in paragraph 47 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

53. Frontier denies the allegations contained in paragraph 48 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that if the flight crew suspects that an odor, fume or smoke poses a risk to the safety of flight, the flight can be diverted to a closer airport.

54. Frontier denies the allegations contained in paragraph 49 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that if the flight crew suspects that an odor, fume or smoke poses a risk to the safety of flight, the flight can be diverted to a closer airport.

55. Frontier denies the allegations contained in paragraph 50 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that if the flight crew suspects that an odor, fume or smoke poses a risk to the safety of flight, the flight can be diverted to a closer airport.

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

1  56.   Frontier denies the allegations contained in paragraph 51 [*sic*] of

2  plaintiff's complaint on the basis that it lacks knowledge and information sufficient to

3  form a belief as to the truth of the allegations, and respectfully refers all matters of law

4  contained therein to the Court, except Frontier admits that if the flight crew suspects

5  that an odor, fume or smoke poses a risk to the safety of flight, the flight can be

6  diverted to a closer airport.

7  57.   Frontier denies the allegations contained in paragraph 52 [*sic*] of

8  plaintiff's complaint, and respectfully refers all matters of law contained therein to the

9  Court.

10 **AS TO "DEFENDANTS HAVE KNOWN OF THE DANGERS OF FUME**

11 **EVENTS AND BLEED AIR FOR YEARS"**

12 58.   Frontier denies the allegations contained in paragraph 53 [*sic*] of

13 plaintiff's complaint on the basis that it lacks knowledge and information sufficient to

14 form a belief as to the truth of the allegations, and respectfully refers all matters of law

15 contained therein to the Court.

16 59.   Frontier denies the allegations contained in paragraph 54 [*sic*] of

17 plaintiff's complaint on the basis that it lacks knowledge and information sufficient to

18 form a belief as to the truth of the allegations, and respectfully refers all matters of law

19 contained therein to the Court.

20 60.   Frontier denies the allegations contained in paragraph 55 [*sic*] of

21 plaintiff's complaint on the basis that it lacks knowledge and information sufficient to

22 form a belief as to the truth of the allegations, and respectfully refers all matters of law

23 contained therein to the Court.

24 61.   Frontier denies the allegations contained in paragraph 56 [*sic*] of

25 plaintiff's complaint on the basis that it lacks knowledge and information sufficient to

26 form a belief as to the truth of the allegations, and respectfully refers all matters of law

27 contained therein to the Court.

28 / /

62.     Frontier denies the allegations contained in paragraph 57 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

63.     Frontier denies the allegations contained in paragraph 58 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

64.     Frontier denies the allegations contained in paragraph 59 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

65.     Frontier denies the allegations contained in paragraph 60 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

66.     Frontier denies the allegations contained in paragraph 61 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

67.     Frontier denies the allegations contained in paragraph 62 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

68.     Frontier denies the allegations contained in paragraph 63 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier operates and maintains its aircraft in accordance with FAA requirements.

69.     Frontier denies the allegations contained in paragraph 64 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

70.     Frontier denies the allegations contained in paragraph 65 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

-12-

form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

71.     Frontier denies the allegations contained in paragraph 66 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

72.     Frontier denies the allegations contained in paragraph 67 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

73.     Frontier denies the allegations contained in paragraph 68 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO "THERE EXISTS A BETTER ALTERNATIVE DESIGN FOR THE AIRCRAFT"

74.     Frontier denies the allegations contained in paragraph 69 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

75.     Frontier denies the allegations contained in paragraph 70 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

contained therein to the Court.

76.     Frontier denies the allegations contained in paragraph 71 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

77.     Frontier denies the allegations contained in paragraph 72 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

78.     Frontier denies the allegations contained in paragraph 73 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

79.     Frontier denies the allegations contained in paragraph 74 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

80.     Frontier denies the allegations contained in paragraph 75 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

### AS TO CLASS ACTION ALLEGATIONS

81.     Frontier denies the allegations contained in paragraph 76 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

/ /

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

82. Frontier denies the allegations contained in paragraph 77 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

83. Frontier denies the allegations contained in paragraph 78 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

84. Frontier denies the allegations contained in paragraph 79 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

85. Frontier denies the allegations contained in paragraph 80 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

86. Frontier denies the allegations contained in paragraph 81 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

87. Frontier denies the allegations contained in paragraph 82 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO COUNT I

88. Frontier denies the allegations contained in paragraph 83 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

89. Frontier denies the allegations contained in paragraph 84 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

90. Frontier denies the allegations contained in paragraph 85 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5ᵗʰ Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

91.    Frontier denies the allegations contained in paragraph 86 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

### AS TO COUNT II

92.    As to the allegations in paragraph 87 [*sic*] of plaintiff's complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's complaint as if fully stated herein.

93.    Frontier denies the allegations contained in paragraph 88 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

94.    Frontier denies the allegations contained in paragraph 89 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

95.    Frontier denies the allegations contained in paragraph 90 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

96.    Frontier denies the allegations contained in paragraph 91 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

/ /

97.    Frontier denies the allegations contained in paragraph 92 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

98.    Frontier denies the allegations contained in paragraph 93 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

99.    Frontier denies the allegations contained in paragraph 94 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

100.   Frontier denies the allegations contained in paragraph 95 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

101.   Frontier denies the allegations contained in paragraph 96 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

## AS TO COUNT III

102.   As to the allegations in paragraph 97 [*sic*] of plaintiff's complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's complaint as if fully stated herein.

103.   Frontier denies the allegations contained in paragraph 98 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

104. Frontier denies the allegations contained in paragraph 99 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

105. Frontier denies the allegations contained in paragraph 100 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

106. Frontier denies the allegations contained in paragraph 101 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

107. Frontier denies the allegations contained in paragraph 102 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

108. Frontier denies the allegations contained in paragraph 103 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

109. Frontier denies the allegations contained in paragraph 104 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

### AS TO COUNT IV

110. As to the allegations in paragraph 105 [*sic*] of plaintiff's complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's complaint as if fully stated herein.

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

111.   Frontier denies the allegations contained in paragraph 106 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

112.   Frontier denies the allegations contained in paragraph 107 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

113.   Frontier denies the allegations contained in paragraph 108 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

114.   Frontier denies the allegations contained in paragraph 109 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

115.   Frontier denies the allegations contained in paragraph 110 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

116.   Frontier denies the allegations contained in paragraph 111 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

117.   Frontier denies the allegations contained in paragraph 112 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

118.   Frontier denies the allegations contained in paragraph 113 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO COUNT V

119.   As to the allegations in paragraph 114 [*sic*] of plaintiff's complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's complaint as if fully stated herein.

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

120.   Frontier denies the allegations contained in paragraph 115 [*sic*] of plaintiff's complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

121.   Frontier denies the allegations contained in paragraph 116 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

122.   Frontier denies the allegations contained in paragraph 117 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

123.   Frontier denies the allegations contained in paragraph 118 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

124.   Frontier denies the allegations contained in paragraph 119 [*sic*] of plaintiff's complaint, and respectfully refers all matters of law contained therein to the Court.

## FIRST AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

125.   Plaintiff's complaint is barred because it fails to state a claim against Frontier upon which relief can be granted, as the standards for air carrier operations are governed exclusively by federal law, specifically the Federal Aviation Act of 1958, P.L. 85-726, 72 Stat. 731, formerly codified as 49 U.S.C. Section 1301, *et. seq.*, now recodified and incorporated into 49 U.S.C. Section 40101, *et seq.*, as well as the regulations and tariffs promulgated thereunder.

## SECOND AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

126.   Plaintiff's complaint is barred because plaintiff and/or the proposed classes lack standing and/or capacity to bring this action.

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

### THIRD AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

127.   Plaintiff's complaint is barred by plaintiff and/or the proposed classes' failure to mitigate their damages, if any.

### FOURTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

128.   Plaintiff's complaint is barred because plaintiff and/or the proposed classes knowingly, voluntarily and freely assumed the risk of all activities alleged in the complaint.

### FIFTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

129.   Any injuries, damages or loss sustained by plaintiff and/or the proposed classes, if such occurred, were proximately caused and/or contributed to by their own fault or negligence in that they did not exercise ordinary care on their own behalf and acted recklessly or carelessly at the time and place set forth in the complaint. Accordingly, their recovery, if any, should be denied or reduced by the amount of fault or negligence attributable to their conduct.

### SIXTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

130.   The liability of Frontier, if any, with respect to plaintiff's and/or the proposed classes' alleged damages is limited or excluded in accordance with Frontier's conditions of carriage, conditions of contract and/or the provisions of its passenger rules and fares tariff.

### SEVENTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

131.   The claims in the complaint relate to price, route, or service, as set forth in Section 4 of the Airline Deregulation Act of 1978, which added former Section 105 of the Federal Aviation Act of 1958, as amended, now codified at 49 U.S.C. Section

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

41713(b)(1), and as such are preempted by same.

## EIGHTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

132. The common law claims in the complaint challenge the safety and effectiveness of a federally regulated aircraft and are therefore, preempted.

## NINTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

133. The use of state law to contradict or supplement federal aviation legislation and the regulations promulgated thereunder would be an unconstitutional burden on interstate air commerce.

## TENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

134. The incident alleged in the complaint, and the damage that plaintiff alleges she and/or the proposed classes suffered as a result thereof, were due to the negligence or other wrongful acts or omissions of persons or entities other than Frontier. However, in the event that a finding is made that negligence exists on the part of Frontier, which proximately contributed to plaintiff's and/or the proposed classes' damages alleged in the complaint, Frontier's liability, if any, should be reduced by an amount proportionate to the amount by which the comparative fault or negligence of such other persons or entities contributed to the happening of the alleged incidents and damages upon which plaintiff and the proposed classes seek recovery.

## ELEVENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

135. Plaintiff's and/or the proposed classes' damages, if any, are due to the acts or omissions of persons or entities other than Frontier. However, in the event a finding is made that liability exists on the part of Frontier, Frontier is entitled to an allocation of liability and damages, indemnity and/or contribution from such persons

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

or entities in direct proportion to their respective fault.

## TWELFTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

136.  Because the damages alleged in the complaint were proximately caused and contributed to by parties other than Frontier, the provisions of Proposition 51, codified at California Civil Code Section 1431.2, are operative and Frontier cannot be liable for the non-economic damages, if any, caused by parties other than Frontier.

## THIRTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

137.  The injuries, damages and losses allegedly suffered by plaintiff and/or the proposed classes were caused by intervening and superseding causes, and not caused by Frontier.

## FOURTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

138.  Plaintiff's and/or the proposed classes' damages, if any, were caused in whole or in part by the acts or omissions of plaintiff and/or the proposed classes and/or their agents, predecessors in interest, affiliates, contractors, subcontractors and/or employees.  Accordingly, the amount of damages recoverable by plaintiff and the proposed classes, if any, must be diminished in direct proportion to their fault thereof.

## FIFTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

139.  Plaintiff's and/or the proposed classes' claims are barred by any and all applicable statutes of limitations and/or statutes of repose.

/ /

/ /

/ /

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5ᵗʰ Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

## SIXTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

140.    Whatever injury, damage or loss that may have been sustained by plaintiff and/or the proposed classes was not proximately caused by any act or omission on the part of Frontier.

## SEVENTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

141.    If plaintiff and/or the proposed classes are entitled to recover damages, which is denied, the amount of any damages should be reduced in whole or in part by the amounts received from any collateral source.

## EIGHTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

142.    The action is barred because plaintiff and/or the proposed classes failed to exercise reasonable and ordinary care to avoid an obvious danger to the extent such a danger existed.

## NINETEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

143.    Frontier reserves the right to assert any other affirmative defenses that may develop during the litigation of this action.

## TWENTIETH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

144.    Frontier adopts and incorporates by reference any and all other applicable defenses asserted by any other defendants or third-party defendants.

## TWENTY-FIRST AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

145.    The proposed classes cannot be certified under Federal Rule of Civil Procedure 23 because, inter alia, the proposed classes, class representatives and/or class counsel fail to meet the typicality, commonality, adequacy, superiority, and

1    predominance requirements for class actions.

2         WHEREFORE, Frontier prays for judgment as follows:

3         1.    That plaintiff and the proposed classes take nothing by reason of the

4    complaint and for judgment in favor of Frontier;

5         2.    That Frontier be awarded costs of suit incurred herein; and

6         3.    For such other and further relief as the Court deems necessary, just and

7    proper.

8    Dated: August 14, 2018              CLYDE & CO US LLP

9

10                                       By: _____
                                              KEVIN R. SUTHERLAND
11                                            NATASHA N. MIKHA
                                              Attorneys for Defendant
12                                            FRONTIER AIRLINES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On August 14, 2018, I served the document(s) described as:

**FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2018, at San Francisco, California.

_____
Patricia Inabnet

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4376698

-26-

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

1

**SERVICE LIST**

2

3   Marcus J. Bradley, Esq. (SBN 174156)
    Kiley L. Grombacher, Esq. (SBN 245960)
4   BRADLEY/GROMBACHER LLP
    2815 Townsgate Road, Suite 130
5   Westlake Village, California 91361
    Tel:  (805) 270-7100
6   Fax: (805) 270-7100
    E-Mail: mbradley@bradleygrombacher.com
7          kgrombacher@bradleygrombacher.com

8   Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4376698

-27-

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT