**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@ bradleygrombacher.com
temerson@bradleygrombacher.com

**ROTHSCHILD & ASSOCIATES, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Telephone: (805) 845-1190
Facsimile: (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br>Plaintiff,<br>v.<br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br>Defendants. | **Case No.: 2:18-CV-04916 PA (AFMx)**<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM DEADLINES IMPOSED BY LOCAL RULE 23-3** |

## ORDER

After consideration of Plaintiff's *Ex Parte* Application for Relief from Deadlines Imposed by Local Rule 23-3, and good cause being shown,

THE COURT HEREBY ORDERS AS FOLLOWS:

Plaintiff's *Ex Parte* Application is hereby GRANTED and the present deadline for the filing of Plaintiff's certification motion is vacated. Once service has been effectuated on all parties, the parties shall meet and confer and propose a briefing schedule for Plaintiff's Motion for Class Certification to the Court.

**IT IS SO ORDERED.**

Date: _____    _____
Hon. Percy Anderson
United States District Court Judge