1  Kevin R. Sutherland (State Bar No. 163746)
   Natasha N. Mikha (State Bar No. 270731)
2  CLYDE & CO US LLP
   633 West 5th Street, 26th Floor
3  Los Angeles, California 90071
   Telephone:  (213) 358-7600
4  Facsimile:  (213) 358-7699
   Email:       kevin.sutherland@clydeco.us
5                natasha.mikha@clydeco.us

6  Jeffrey J. Ellis (*pro hac vice* application to be submitted)
   CLYDE & CO US LLP
7  405 Lexington Avenue, 16th Floor
   New York, New York 10174
8  Telephone:  (212) 710-3900
   Facsimile:  (212) 710-3950
9  Email:       jeff.ellis@clydeco.us

10 Attorneys for Defendant
   FRONTIER AIRLINES, INC.
11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14 | ANDREA RIDGELL, on behalf of herself and others similarly situated, | Case No.: 2:18-CV-04916 PA (AFMx) |
|---|---|
| Plaintiff, | FRONTIER AIRLINES INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE IMPOSED BY LOCAL RULE 23-3 |
| v. | |
| FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California, | |
| Defendants. | Complaint Filed: June 1, 2018 |

23      Frontier Airlines, Inc. ("Frontier") has reviewed plaintiff Andrea Ridgell's
24 ("plaintiff") motion for relief from deadline imposed by Local Rule 23-3 and
25 plaintiff's supporting papers.  Given the parties' agreement in their Joint Rule 26
26 Report that certain potentially dispositive issues should be determined in advance of
27 / / /
28

FRONTIER AIRLINES INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S
MOTION FOR RELIEF FROM DEADLINE IMPOSED BY
LOCAL RULE 23-3

1  class certification, Frontier hereby provides notice that it does not oppose the relief
2  requested in plaintiff's motion.
3
4  Dated: September 20, 2018          CLYDE & CO US LLP
5
6                                     By: */s/ Natasha N. Mikha*
7                                         KEVIN R. SUTHERLAND
                                          NATASHA N. MIKHA
8                                         Attorneys for Defendant
                                          FRONTIER AIRLINES, INC.

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 633 West 5th Street, 26th Floor, Los Angeles California 90071.

On September 20, 2018, I served the document(s) described as:

**FRONTIER AIRLINES INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE IMPOSED BY LOCAL RULE 23-3**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 20, 2018, at Los Angeles, California.

*/s/ Kathy L. Rollins*
Kathy L. Rollins

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel:  (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
          kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California  93101
Tel:  (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
          jalwill@kdrlawgroup.com

Attorneys for Plaintiff

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4444953                    -4-
PROOF OF SERVICE