Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7699
Email:       kevin.sutherland@clydeco.us
             natasha.mikha@clydeco.us

Jeffrey J. Ellis (*pro hac vice* application to be submitted)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone: (212) 710-3900
Facsimile:  (212) 710-3950
Email:       jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE [PROPOSED]<br><br>Current Date:          October 1, 2018<br>Proposed New Date: October 15, 2018 |

Plaintiff Andrea Ridgell and defendant Frontier Airlines, Inc. (hereinafter "Frontier Airlines"), by and through their counsel of record, hereby submit their stipulation requesting that the Court continue the parties' scheduling conference, as follows.

WHEREAS, on August 16, 2018, the Court issued its Order setting the parties' scheduling conference for October 1, 2018 at 10:30 a.m. [Dkt No. 17];

WHEREAS, on August 28, 2018, plaintiff filed an *ex parte* application for relief from deadline imposed by Local Rule 23-3 [Dkt No. 18];

WHEREAS, on August 29, 2018, Frontier filed its notice of non-opposition to plaintiff's *ex parte* application for relief from deadline imposed by Local Rule 23-3 [Dkt No. 19];

WHEREAS, on August 29, 2018, the Court issued its Order denying plaintiff's *ex parte* application [Dkt No. 20], pursuant to which the Court continued the deadline for class certification from September 13, 2018 to October 22, 2018, ordered plaintiff to file a properly noticed motion for relief from deadline and set the hearing for such motion on October 15, 2018;

WHEREAS, on September 17, 2018, the parties filed their Joint Rule 26 Report [Dkt No. 23], pursuant to which they agreed to propose staging the litigation in this matter such that certain potentially dispositive motions are heard in advance of plaintiff's motion for class certification; and

WHEREAS, the issues relating to plaintiff's motion for relief from deadline and the parties' agreement to stage the litigation are interrelated and the parties believe it would conserve time and judicial resources to address the parties' proposed discovery plan and plaintiff's motion for relief from deadline simultaneously; and

WHEREAS, lead counsel for Frontier resides in New York, has now obtained his certificate of good standing with respect to his admission to the New York State Bar and will shortly file his application for admission to this Court *pro hac vice*; and

WHEREAS, lead counsel for Frontier intends to appear in person for the scheduling conference and the hearing on plaintiff's motion for relief from deadline, to the extent that the Court finds the *pro hac vice* application to be in order; and

WHEREAS, lead counsel for Frontier has a family obligation in New York on the afternoon of Sunday, October 14th and would be traveling to Los Angeles on the last available evening flight; and

1  WHEREAS, lead counsel for Frontier is mindful of the possibility of a flight
2  delay or cancellation which may require him to travel on the morning of October 15th
3  and, thus, respectfully requests that the scheduling conference be set at the same time as
4  the hearing on plaintiff's motion, 1:30 p.m., in order to ensure that counsel arrives in
5  Los Angeles sufficiently prior to the parties' Court appearance;

6  IT IS HEREBY STIPULATED that good cause exists for the Court to continue
7  the scheduling conference to be held at the same time as the hearing on plaintiff's
8  motion for relief from deadline, and the parties, thus, respectfully request that the Court
9  continue the Scheduling Conference to be held at 1:30 p.m. on October 15, 2018.

10  IT IS SO STIPULATED.

11  Dated: September 21, 2018     CLYDE & CO US LLP

By: */s/ Natasha N. Mikha*
KEVIN R. SUTHERLAND
NATASHA N. MIKHA
Attorneys for Defendant
FRONTIER AIRLINES, INC.

16  Dated: September 21, 2018     BRADLEY/GROMBACHER LLP

By: */s/ Kiley L. Grombacher*
MARCUS J. BRADLEY
KILEY L. GROMBACHER
KRISTI D. ROTHSCHILD
Attorneys for Plaintiff
ANDREA RIDGELL

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4445057

-3-

STIPULATION AND ORDER TO CONTINUE
SCHEDULING CONFERENCE [PROPOSED]

# PROOF OF SERVICE

**STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 633 West 5th Street, 26th Floor, Los Angeles California 90071.

On September 21, 2018, I served the document(s) described as:

**STIPULATION AND ORDER [PROPOSED] TO CONTINUE SCHEDULING CONFERENCE**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 21, 2018, at Los Angeles, California.

Kathy L. Rollins

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Tel: (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
         jalwill@kdrlawgroup.com

Attorneys for Plaintiff

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4445057

-5-

STIPULATION AND ORDER TO CONTINUE
SCHEDULING CONFERENCE [PROPOSED]