# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>ORDER CONTINUING SCHEDULING CONFERENCE [PROPOSED]<br><br>Current Date:        October 1, 2018<br>Proposed New Date: October 15, 2018 |

WHEREAS, plaintiff Andrea Ridgell and defendant Frontier Airlines, Inc., by and through their counsel of record, having stipulated that the Court continue the parties' scheduling conference to be held at the same time as plaintiff's motion for relief from deadline imposed by Local Rule 23-3; and

WHEREAS, the Court having reviewed the stipulation and good cause appearing therefor;

/ / /

/ / /

/ / /

1   IT IS HEREBY ORDERED that the scheduling conference in this matter is
2   continued, to be held at the same time as the hearing on plaintiff's motion for relief
3   from deadline imposed by Local Rule 23-3, at 1:30 p.m. on October 15, 2018.
4   IT IS SO ORDERED.

6   Dated: _____, 2018    _____
                                HONORABLE PERCY ANDERSON
7                               JUDGE, UNITED STATES DISTRICT COURT

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4449903
-2-
ORDER CONTINUING SCHEDULING CONFERENCE [PROPOSED]

# PROOF OF SERVICE
## STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 633 West 5th Street, 26th Floor, Los Angeles California 90071.

On September 21, 2018, I served the document(s) described as:

**ORDER CONTINUING SCHEDULING CONFERENCE [PROPOSED]**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 21, 2018, at Los Angeles, California.

Kathy Rollins

**SERVICE LIST**

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
       kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Tel: (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
       jalwill@kdrlawgroup.com

Attorneys for Plaintiff

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4449903

-4-
ORDER CONTINUING SCHEDULING CONFERENCE [PROPOSED]