1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   ANDREA RIDGELL, on behalf of        )   Case No.: 2:18-CV-04916 PA (AFMx)
     herself and others similarly situated, )
12                                        )   ORDER DENYING STIPULATION TO
                Plaintiff,                )   CONTINUE SCHEDULING
13                                        )   CONFERENCE
          v.                              )
14                                        )   Current Date:        October 1, 2018
     FRONTIER AIRLINES, INC. a            )   Proposed New Date: October 15, 2018
15   Colorado corporation; AIRBUS         )
     S.A.S., a foreign corporation doing  )
16   business in the State of California; )
     AIRBUS GROUP HQ, INC., a             )
17   corporation doing business in the State )
     of California,                       )
18                                        )
                Defendants.               )
19   _____ )

20        The Court has before it the parties' stipulation to continue the Scheduling

21   Conference.  The hearing on Plaintiff's motion for relief from the deadline imposed

22   by Local Rule 23-3 is advanced to October 1, 2018, at 10:30 a.m.  The parties'

23   stipulation to continue the Scheduling Conference is denied.

24   DATED:  September 21, 2018

25

26

27   _____
                    Percy Anderson
28          UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SCHEDULING CONFERENCE [PROPOSED]