Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>Plaintiff(s)<br>v.<br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-CV-04916 PA (AFMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ellis, Jeffrey J.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 710-3900        (212) 710-3950
*Telephone Number*     *Fax Number*
jeff.ellis@clydeco.us
*E-Mail Address*

of CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Frontier Airlines, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Sutherland, Kevin R.
*Designee's Name (Last Name, First Name & Middle Initial)*
163746        (213) 358-7600        (213) 358-7699
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
kevin.sutherland@clydeco.us
*E-Mail Address*

of CLYDE & CO US LLP
US Bank Tower
633 West 5th Street, 26th Floor
Los Angeles, California  90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** _____, 2018

_____
**U.S. District Judge/U.S. Magistrate Judge**