UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-4916 PA (AFMx) | Date | October 1, 2018 |
|---|---|---|---|
| Title | Andrea Ridgell v. Frontier Airlines, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Phyllis Preston | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kiley Lynn Grombacher | Kevin R. Sutherland |
| | Jeffrey Ellis |

**Proceedings:** SCHEDULING CONFERENCE
MOTION for Relief from Deadline Imposed by Local Rule 23-3 [21]

    A scheduling conference is held. Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates.

    Before the Court is Plaintiff's Motion for Relief from Deadline Imposed by Local Rule 23-3 [Dkt. No. 21]. For the reasons stated on the record the motion is denied. The present deadline imposed by Local Rule 23-3 is October 22, 2018. Any oppositions and replies to any motion that's filed as to that issue are dictated by the local rules of this court.

    The Court has entered a Protective Order in this action. A copy of the Protective Order will be served on the parties. The Protective Order may be modified or supplemented by the parties. However, given the trial and pretrial dates set by the Court, disputes concerning the Protective Order should not delay the parties' prosecution of this action.

    Pursuant to the agreement of the parties, this matter has been referred to private mediation. The parties have fourteen (14) days to select a mediator who has no conflicts and is otherwise available to act as the settlement officer in this matter. If the parties are unable to agree on a mediator, each side shall submit to the Court the name of a mediator who agrees to act as the settlement officer. The Court will then randomly select the settlement officer.

    IT IS SO ORDERED.

| | : | 42 |
|---|---|---|
| | Initials of Deputy Clerk | KSS |

Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 18-04916 |
|---|---|

| PARTIES: | Andrea Ridgell<br>-v-<br>Frontier Airlines, Inc., et al. |
|---|---|
| COMPLAINT FILED: | 06/01/18 |

| TRIAL TYPE: | Jury |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Court's Mediation Panel
Private Dispute Resolution      X
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| 08/20/19 | Jury Trial at 9:00 a.m. |
| 08/15/19 | File Final Trial Exhibit Stipulation |
| 08/12/19 | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| 07/19/19 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| 07/05/19 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| 06/24/19 | Last Date to Conduct Settlement Conference |
| 06/17/19 | Last Day for Hearing Motions |
| 06/10/19 | Discovery Cut-off |
| 12/27/18 | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |