Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7699
Email:       kevin.sutherland@clydeco.us
                  natasha.mikha@clydeco.us

Jeffrey J. Ellis (admitted *pro hac vice*)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone:  (212) 710-3900
Facsimile:  (212) 710-3950
Email:       jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>              Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Complaint Filed: June 1, 2018 |

Frontier Airlines, Inc. (hereinafter "Frontier "), by and through its counsel of record, Clyde & Co US LLP, hereby answers plaintiff's first amended complaint as follows:

### AS TO THE INTRODUCTION

1.      Frontier denies the allegations contained in paragraph 1 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to

form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

2.      Frontier denies the allegations contained in paragraph 2 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

3.      Frontier denies the allegations contained in paragraph 3 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

4.      Frontier denies the allegations contained in paragraph 4 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

5.      Frontier denies the allegations contained in paragraph 5 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

**AS TO THE PARTIES**

6.      Frontier denies the allegations contained in paragraph 6 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

7.      Frontier denies the allegations contained in paragraph 7 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

8.      Frontier denies the allegations contained in paragraph 8 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

1  contained therein to the Court.

2      9.      Frontier admits the allegations contained in paragraph 9 of plaintiff's
3  amended complaint.

4                  **AS TO JURISDICTION AND VENUE**

5      10.     Frontier denies the allegations contained in paragraph 10 of plaintiff's
6  first amended complaint on the basis that it lacks knowledge and information
7  sufficient to form a belief as to the truth of the allegations, and respectfully refers all
8  matters of law contained therein to the Court.

9      11.     Frontier denies the allegations contained in paragraph 11 of plaintiff's
10  first amended complaint, and respectfully refers all matters of law contained therein to
11  the Court

12      12.     Frontier denies the allegations contained in paragraph 12 of plaintiff's
13  first amended complaint on the basis that it lacks knowledge and information
14  sufficient to form a belief as to the truth of the allegations, and respectfully refers all
15  matters of law contained therein to the Court, except that Frontier admits that Frontier
16  is certified by the United States Department of Transportation to engage in interstate
17  air transportation and operates flights to and from California.

18      13.      Frontier denies the allegations contained in paragraph 13 of plaintiff's
19  first amended complaint on the basis that it lacks knowledge and information
20  sufficient to form a belief as to the truth of the allegations, and respectfully refers all
21  matters of law contained therein to the Court, except that Frontier admits that Frontier
22  is certified by the United States Department of Transportation to engage in interstate
23  air transportation and operates flights to and from California.

24      14.     Frontier denies the allegations contained in paragraph 14 of plaintiff's
25  first amended complaint, and respectfully refers all matters of law contained therein to
26  the Court.

27      15.     Frontier denies the allegations contained in paragraph 15 of plaintiff's
28  first amended complaint on the basis that it lacks knowledge and information

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except that Frontier admits that Frontier is certified by the United States Department of Transportation to engage in interstate air transportation and operates flights to and from California.

## AS TO "FACTS ABOUT FRONTIER FLIGHT F91630"

16.     Frontier admits the allegations contained in paragraph 16 of plaintiff's first amended complaint.

17.     Frontier admits the allegations contained in paragraph 17 of plaintiff's first amended complaint.

18.     Frontier denies the allegations contained in paragraph 18 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

19.     Frontier denies the allegations contained in paragraph 19 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except that Frontier admits that Frontier is certified by the United States Department of Transportation to engage in interstate air transportation and operates flights to and from California.

20.     Frontier denies the allegations contained in paragraph 20 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

21.     Frontier denies the allegations contained in paragraph 21 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

/ /

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

22.     Frontier denies the allegations contained in paragraph 22 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

23.     Frontier denies the allegations contained in paragraph 23 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

24.     Frontier denies the allegations contained in paragraph 24 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

25.     Frontier denies the allegations contained in paragraph 25 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

26.     Frontier denies the allegations contained in paragraph 26 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the flight was diverted to Phoenix, Arizona.

27.     Frontier denies the allegations contained in paragraph 27 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

28.     Frontier denies the allegations contained in paragraph 28 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

29.     Frontier denies the allegations contained in paragraph 29 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

/ /

30.     Frontier denies the allegations contained in paragraph 30 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

31.     Frontier denies the allegations contained in paragraph 31 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations.

32.     Frontier denies the allegations contained in paragraph 32 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations.

33.     Frontier denies the allegations contained in paragraph 33 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO "GENERAL FACTS ABOUT DEFENDANTS'
## BLEED AIR SYSTEM"

34.     Frontier denies the allegations contained in paragraph 34 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the Federal Aviation Administration ("FAA") as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

35.     Frontier denies the allegations contained in paragraph 35 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

36.     Frontier denies the allegations contained in paragraph 36 of plaintiff's first amended complaint on the basis that it lacks knowledge and information

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

37.    Frontier denies the allegations contained in paragraph 37 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

38.    Frontier denies the allegations contained in paragraph 38 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

39.    Frontier denies the allegations contained in paragraph 39 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

**AS TO "FACTS ABOUT 'FUME' EVENTS"**

40.    Frontier denies the allegations contained in paragraph 40 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

41.    Frontier denies the allegations contained in paragraph 41 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

42.    Frontier denies the allegations contained in paragraph 42 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

43.    Frontier denies the allegations contained in paragraph 43 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

44.    Frontier denies the allegations contained in paragraph 44 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

45.    Frontier denies the allegations contained in paragraph 45 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are

1    maintained in accordance with manuals and procedures that are also certified and
2    approved by the FAA.
3        46.    Frontier denies the allegations contained in paragraph 46 of plaintiff's
4    first amended complaint on the basis that it lacks knowledge and information
5    sufficient to form a belief as to the truth of the allegations, except Frontier admits that
6    all aircraft operated by Frontier are certified by the FAA as airworthy and are
7    maintained in accordance with manuals and procedures that are also certified and
8    approved by the FAA.
9        47.    Frontier denies the allegations contained in paragraph 47 of plaintiff's
10   first amended complaint on the basis that it lacks knowledge and information
11   sufficient to form a belief as to the truth of the allegations, except Frontier admits that
12   all aircraft operated by Frontier are certified by the FAA as airworthy and are
13   maintained in accordance with manuals and procedures that are also certified and
14   approved by the FAA.
15       48.    Frontier denies the allegations contained in paragraph 48 of plaintiff's
16   first amended complaint on the basis that it lacks knowledge and information
17   sufficient to form a belief as to the truth of the allegations, except Frontier admits that
18   all aircraft operated by Frontier are certified by the FAA as airworthy and are
19   maintained in accordance with manuals and procedures that are also certified and
20   approved by the FAA.
21       49.    Frontier denies the allegations contained in paragraph 49 of plaintiff's
22   first amended complaint on the basis that it lacks knowledge and information
23   sufficient to form a belief as to the truth of the allegations, except Frontier admits that
24   all aircraft operated by Frontier are certified by the FAA as airworthy and are
25   maintained in accordance with manuals and procedures that are also certified and
26   approved by the FAA.
27       50.    Frontier denies the allegations contained in paragraph 50 of plaintiff's
28   first amended complaint on the basis that it lacks knowledge and information

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

51.     Frontier denies the allegations contained in paragraph 51 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, except Frontier admits that all aircraft operated by Frontier are certified by the FAA as airworthy and are maintained in accordance with manuals and procedures that are also certified and approved by the FAA.

52.     Frontier denies the allegations contained in paragraph 52 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

**AS TO "'FUME' EVENTS ARE COMMON ON DEFENDANT'S AIRCRAFTS"**

53.     Frontier denies the allegations contained in paragraph 53 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

54.     Frontier denies the allegations contained in paragraph 54 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that if the flight crew suspects that an odor, fume or smoke poses a risk to the safety of flight, the flight can be diverted to a closer airport.

55.     Frontier denies the allegations contained in paragraph 55 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that if the flight

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

crew suspects that an odor, fume or smoke poses a risk to the safety of flight, the flight can be diverted to a closer airport.

56.     Frontier denies the allegations contained in paragraph 56 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that if the flight crew suspects that an odor, fume or smoke poses a risk to the safety of flight, the flight can be diverted to a closer airport.

57.     Frontier denies the allegations contained in paragraph 57 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that if the flight crew suspects that an odor, fume or smoke poses a risk to the safety of flight, the flight can be diverted to a closer airport.

58.     Frontier denies the allegations contained in paragraph 58 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO "DEFENDANTS HAVE KNOWN OF THE DANGERS OF FUME EVENTS AND BLEED AIR FOR YEARS"

59.     Frontier denies the allegations contained in paragraph 59 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

60.     Frontier denies the allegations contained in paragraph 60 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

61.     Frontier denies the allegations contained in paragraph 61 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

62.     Frontier denies the allegations contained in paragraph 62 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

63.     Frontier denies the allegations contained in paragraph 63 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

64.     Frontier denies the allegations contained in paragraph 64 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

65.     Frontier denies the allegations contained in paragraph 65 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

66.     Frontier denies the allegations contained in paragraph 66 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

67.     Frontier denies the allegations contained in paragraph 67 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

68.     Frontier denies the allegations contained in paragraph 68 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

69.     Frontier denies the allegations contained in paragraph 69 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

the Court, except Frontier admits that Frontier operates and maintains its aircraft in accordance with FAA requirements.

70.     Frontier denies the allegations contained in paragraph 70 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

71.     Frontier denies the allegations contained in paragraph 71 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

72.     Frontier denies the allegations contained in paragraph 72 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

73.     Frontier denies the allegations contained in paragraph 73 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

74.     Frontier denies the allegations contained in paragraph 74 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

## AS TO "THERE EXISTS A BETTER ALTERNATIVE DESIGN FOR THE AIRCRAFT"

75.     Frontier denies the allegations contained in paragraph 75 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

76.     Frontier denies the allegations contained in paragraph 76 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

77.     Frontier denies the allegations contained in paragraph 77 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

78.     Frontier denies the allegations contained in paragraph 78 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

79.     Frontier denies the allegations contained in paragraph 79 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

80.     Frontier denies the allegations contained in paragraph 80 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

81.     Frontier denies the allegations contained in paragraph 81 of plaintiff's first amended complaint on the basis that it lacks knowledge and information

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

1  sufficient to form a belief as to the truth of the allegations, and respectfully refers all

2  matters of law contained therein to the Court.

3  ## AS TO CLASS ACTION ALLEGATIONS

4          82.     Frontier denies the allegations contained in paragraph 82 of plaintiff's

5  first amended complaint on the basis that it lacks knowledge and information

6  sufficient to form a belief as to the truth of the allegations, and respectfully refers all

7  matters of law contained therein to the Court.

8          83.     Frontier denies the allegations contained in paragraph 83 of plaintiff's

9  first amended complaint, and respectfully refers all matters of law contained therein to

10  the Court.

11          84.     Frontier denies the allegations contained in paragraph 84 of plaintiff's

12  first amended complaint, and respectfully refers all matters of law contained therein to

13  the Court.

14          85.     Frontier denies the allegations contained in paragraph 85 of plaintiff's

15  first amended complaint, and respectfully refers all matters of law contained therein to

16  the Court.

17          86.     Frontier denies the allegations contained in paragraph 86 of plaintiff's

18  first amended complaint, and respectfully refers all matters of law contained therein to

19  the Court.

20          87.     Frontier denies the allegations contained in paragraph 87 of plaintiff's

21  first amended complaint, and respectfully refers all matters of law contained therein to

22  the Court.

23          88.     Frontier denies the allegations contained in paragraph 88 of plaintiff's

24  first amended complaint, and respectfully refers all matters of law contained therein to

25  the Court.

26  / /

27  / /

28  / /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

## AS TO COUNT I

89.     Frontier denies the allegations contained in paragraph 89 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

90.     Frontier denies the allegations contained in paragraph 90 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

91.     Frontier denies the allegations contained in paragraph 91 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

92.     Frontier denies the allegations contained in paragraph 92 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO COUNT II

93.     As to the allegations in paragraph 93 of plaintiff's first amended complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's first amended complaint as if fully stated herein.

94.     Frontier denies the allegations contained in paragraph 94 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

95.     Frontier denies the allegations contained in paragraph 95 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

96.     Frontier denies the allegations contained in paragraph 96 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

97.     Frontier denies the allegations contained in paragraph 97 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

98.     Frontier denies the allegations contained in paragraph 98 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that the FAA has issued regulations and other requirements regarding the cabin environment.

99.     Frontier denies the allegations contained in paragraph 99 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

100.     Frontier denies the allegations contained in paragraph 100 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

101.     Frontier denies the allegations contained in paragraph 101 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

/ /

102.   Frontier denies the allegations contained in paragraph 102 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

### AS TO COUNT III

103.   As to the allegations in paragraph 103 of plaintiff's first amended complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's first amended complaint as if fully stated herein.

104.   Frontier denies the allegations contained in paragraph 104 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

105.   Frontier denies the allegations contained in paragraph 105 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

106.   Frontier denies the allegations contained in paragraph 106 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

107.   Frontier denies the allegations contained in paragraph 107 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court, except Frontier admits that Frontier is required to operate and maintain its aircraft in accordance with FAA requirements and applicable law.

/ /

/ /

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

108.   Frontier denies the allegations contained in paragraph 108 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

109.   Frontier denies the allegations contained in paragraph 109 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

110.   Frontier denies the allegations contained in paragraph 110 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO COUNT IV

111.   As to the allegations in paragraph 111 of plaintiff's first amended complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's first amended complaint as if fully stated herein.

112.   Frontier denies the allegations contained in paragraph 112 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

113.   Frontier denies the allegations contained in paragraph 113 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

114.   Frontier denies the allegations contained in paragraph 114 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

115.   Frontier denies the allegations contained in paragraph 115 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

116.   Frontier denies the allegations contained in paragraph 116 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

117. Frontier denies the allegations contained in paragraph 117 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

118. Frontier denies the allegations contained in paragraph 118 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

119. Frontier denies the allegations contained in paragraph 119 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

## AS TO COUNT V

120. As to the allegations in paragraph 120 of plaintiff's first amended complaint, Frontier repeats and realleges each and every response to the prior allegations in plaintiff's first amended complaint as if fully stated herein.

121. Frontier denies the allegations contained in paragraph 121 of plaintiff's first amended complaint on the basis that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and respectfully refers all matters of law contained therein to the Court.

122. Frontier denies the allegations contained in paragraph 122 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

123. Frontier denies the allegations contained in paragraph 123 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

124. Frontier denies the allegations contained in paragraph 124 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

/ /

/ /

125.   Frontier denies the allegations contained in paragraph 125 of plaintiff's first amended complaint, and respectfully refers all matters of law contained therein to the Court.

## FIRST AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

126.   Plaintiff's first amended complaint is barred because it fails to state a claim against Frontier upon which relief can be granted, as the standards for air carrier operations are governed exclusively by federal law, specifically the Federal Aviation Act of 1958, P.L. 85-726, 72 Stat. 731, formerly codified as 49 U.S.C. Section 1301, *et. seq.*, now recodified and incorporated into 49 U.S.C. Section 40101, *et seq.*, as well as the regulations and tariffs promulgated thereunder.

## SECOND AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

127.   Plaintiff's first amended complaint is barred because plaintiff and/or the proposed classes lack standing and/or capacity to bring this action.

## THIRD AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

128.   Plaintiff's first amended complaint is barred by plaintiff and/or the proposed classes' failure to mitigate their damages, if any.

## FOURTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

129.   Plaintiff's first amended complaint is barred because plaintiff and/or the proposed classes knowingly, voluntarily and freely assumed the risk of all activities alleged in the first amended complaint.

## FIFTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

130.   Any injuries, damages or loss sustained by plaintiff and/or the proposed classes, if such occurred, were proximately caused and/or contributed to by their own

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

1   fault or negligence in that they did not exercise ordinary care on their own behalf and

2   acted recklessly or carelessly at the time and place set forth in the first amended

3   complaint. Accordingly, their recovery, if any, should be denied or reduced by the

4   amount of fault or negligence attributable to their conduct.

### SIXTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

7   131.   The liability of Frontier, if any, with respect to plaintiff's and/or the

8   proposed classes' alleged damages is limited or excluded in accordance with Frontier's

9   conditions of carriage, conditions of contract and/or the provisions of its passenger

10  rules and fares tariff.

### SEVENTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

13  132.   The claims in the first amended complaint relate to price, route, or

14  service, as set forth in Section 4 of the Airline Deregulation Act of 1978, which added

15  former Section 105 of the Federal Aviation Act of 1958, as amended, now codified at

16  49 U.S.C. Section 41713(b)(1), and as such are preempted by same.

### EIGHTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

19  133.   The common law claims in the first amended complaint challenge the

20  safety and effectiveness of a federally regulated aircraft and are therefore, preempted.

### NINTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

23  134.   The use of state law to contradict or supplement federal aviation

24  legislation and the regulations promulgated thereunder would be an unconstitutional

25  burden on interstate air commerce.

### TENTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

28  135.   The incident alleged in the first amended complaint, and the damage that

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

CLYDE & CO US LLP
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

plaintiff alleges she and/or the proposed classes suffered as a result thereof, were due to the negligence or other wrongful acts or omissions of persons or entities other than Frontier.  However, in the event that a finding is made that negligence exists on the part of Frontier, which proximately contributed to plaintiff's and/or the proposed classes' damages alleged in the first amended complaint, Frontier's liability, if any, should be reduced by an amount proportionate to the amount by which the comparative fault or negligence of such other persons or entities contributed to the happening of the alleged incidents and damages upon which plaintiff and the proposed classes seek recovery.

## ELEVENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

136.   Plaintiff's and/or the proposed classes' damages, if any, are due to the acts or omissions of persons or entities other than Frontier.  However, in the event a finding is made that liability exists on the part of Frontier, Frontier is entitled to an allocation of liability and damages, indemnity and/or contribution from such persons or entities in direct proportion to their respective fault.

## TWELFTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

137.   Because the damages alleged in the first amended complaint were proximately caused and contributed to by parties other than Frontier, the provisions of Proposition 51, codified at California Civil Code Section 1431.2, are operative and Frontier cannot be liable for the non-economic damages, if any, caused by parties other than Frontier.

## THIRTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

138.   The injuries, damages and losses allegedly suffered by plaintiff and/or the proposed classes were caused by intervening and superseding causes, and not caused by Frontier.

CLYDE & CO US LLP
633 W. 5ᵗʰ Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

## FOURTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

139.   Plaintiff's and/or the proposed classes' damages, if any, were caused in whole or in part by the acts or omissions of plaintiff and/or the proposed classes and/or their agents, predecessors in interest, affiliates, contractors, subcontractors and/or employees.  Accordingly, the amount of damages recoverable by plaintiff and the proposed classes, if any, must be diminished in direct proportion to their fault thereof.

## FIFTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

140.   Plaintiff's and/or the proposed classes' claims are barred by any and all applicable statutes of limitations and/or statutes of repose.

## SIXTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

141.   Whatever injury, damage or loss that may have been sustained by plaintiff and/or the proposed classes was not proximately caused by any act or omission on the part of Frontier.

## SEVENTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

142.   If plaintiff and/or the proposed classes are entitled to recover damages, which is denied, the amount of any damages should be reduced in whole or in part by the amounts received from any collateral source.

## EIGHTEENTH AFFIRMATIVE DEFENSE
## TO EACH AND EVERY CAUSE OF ACTION

143.   The action is barred because plaintiff and/or the proposed classes failed to exercise reasonable and ordinary care to avoid an obvious danger to the extent such a danger existed.

/ /

CLYDE & CO US LLP
633 W. 5ᵗʰ Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

### NINETEENTH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

144.   Frontier reserves the right to assert any other affirmative defenses that may develop during the litigation of this action.

### TWENTIETH AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

145.   Frontier adopts and incorporates by reference any and all other applicable defenses asserted by any other defendants or third-party defendants.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### TO EACH AND EVERY CAUSE OF ACTION

146.   The proposed classes cannot be certified under Federal Rule of Civil Procedure 23 because, *inter alia*, the proposed classes, class representatives and/or class counsel fail to meet the typicality, commonality, adequacy, superiority and predominance requirements for class actions.

WHEREFORE, Frontier prays for judgment as follows:

1.   That plaintiff and the proposed classes take nothing by reason of the first amended complaint and for judgment in favor of Frontier;

2.   That Frontier be awarded costs of suit incurred herein; and

3.   For such other and further relief as the Court deems necessary, just and proper.

Dated: October 19, 2018            CLYDE & CO US LLP

By: _____
KEVIN R. SUTHERLAND
NATASHA N. MIKHA
Attorneys for Defendant
FRONTIER AIRLINES, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action.  My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On October 19, 2018, I served the document(s) described as:

**FRONTIER AIRLINES, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2018, at Los Angeles, California.

_____
Patricia Inabnet

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

1

## SERVICE LIST

2

3  Marcus J. Bradley, Esq. (SBN 174156)
   Kiley L. Grombacher, Esq. (SBN 245960)
4  BRADLEY/GROMBACHER LLP
   2815 Townsgate Road, Suite 130
5  Westlake Village, California 91361
   Tel:  (805) 270-7100
6  Fax: (805) 270-7100
   E-Mail: mbradley@bradleygrombacher.com
7              kgrombacher@bradleygrombacher.com

8  Attorneys for Plaintiff

9  Kristi D. Rothschild, Esq. (SBN 222727)
   Julian Alwill, Esq. (SBN 259416)
10 ROTHSCHILD & ASSOCIATES, APC
   27 W. Anapamu Street, Suite 289
11 Santa Barbara, California  93101
   Tel:  (805) 845-1190
12 Fax: (805) 456-0132
   E-Mail: krothschild@kdrlawgroup.com
13             jalwill@kdrlawgroup.com

14 Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4486936

-27-
FRONTIER AIRLINES INC.'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT