**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:  (805) 270-7100
Facsimile:   (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@ bradleygrombacher.com

**ROTHSCHILD & ALWIL, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California   93101
Telephone:  (805) 845-1190
Facsimile:   (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br>Plaintiff,<br>v.<br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>**DECLARATION OF MARCUS J. BRADLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>DATE: 11/19/18<br>TIME: 1:30 p.m.<br>DEPT: 9A |

1

**DECLARATION OF MARCUS J. BRADLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

## DECLARATION OF MARCUS J. BRADLEY

I, Marcus J. Bradley, declare as follows:

1. I am an attorney at law duly licensed to practice law before all of the courts of the State of California, and most of the district courts within the Ninth Circuit. I am a partner in the law firm of Bradley/Grombacher LLP and counsel for plaintiff, Andrea Ridgell, now filing this Motion for Class Certification. In my capacity as counsel, I have been actively involved with all aspects of this litigation and have reviewed the discovery produced. Accordingly, I have personal knowledge of all the matters set forth herein, and if called, I could and would competently testify to the following:

2. This Declaration is submitted in support of the Motion for Class Certification, and specifically to address the adequacy of Bradley/Grombacher LLP, to be appointed class counsel by this Court.

3. My firm, Bradley/Grombacher, and I have extensive experience litigating wage and hour class and representative actions as well as complex consumer class actions. I have been personally involved in all of the cases listed below. In connection with these cases, I have acted as either lead counsel with my various firms, or have worked in conjunction with other members of my various firms or co-counsel from other firms.

4. I have practiced law since 1994. In 2000, I joined Mazursky, Schwartz & Angelo as an associate and became a partner in January 2005 at which time the firm was renamed Schwartz, Daniels & Bradley. I remained as a partner handling primarily wage and hour class actions until the dissolution of the firm effective December 31, 2008. In January 2009, I moved my existing practice transferring a number of wage and hour cases to become a partner with the law firm of Marlin & Saltzman, a long-established firm with whom I had been co-counsel on dozens of wage and hour class actions during my tenure at Schwartz, Daniels & Bradley. On September 1, 2016, I formed Bradley/Grombacher LLP along with a former associate at Marlin & Saltzman,

and current partner, Kiley Grombacher.

5. I have been responsible for all facets of class action employment and other complex litigation, from pre-filing investigation through trial and appeal. Since approximately May 2000, I have spent most of my time representing workers in wage and hour matters. I, along with my current and former partners, have litigated these issues in class actions to favorable settlements that have recouped over $700,000,000.00 in unpaid wages, including the following more notable cases:

 a. *Gutierrez v. State Farm Mutual*, Los Angeles Superior Court (BC236552). Class action mis-classification case seeking overtime compensation for approximately 2,600 insurance claims adjusters employed by State Farm. The class was certified and summary adjudication was granted as to liability in favor of the class. The case settled for $135 million just prior to trial, with final approval granted with no objections filed.

 b. *Bednar v. Allstate Insurance Company*, Los Angeles Superior Court (BC240813). Class action mis-classification case seeking overtime compensation for approximately 1,200 insurance claims adjusters employed by Allstate. The class was certified and summary adjudication was granted as to liability in favor of the class. The case settled for $120 million just prior to trial, with final approval granted with no objections filed.

 c. *Roberts v. Coast National Insurance*, Orange County Superior Court (01CC08478). Class action mis-classification case seeking overtime compensation for insurance claims adjusters employed by Coast National Insurance. Certification granted, and then the matter was tried before a binding arbitrator. The case settled during the arbitration for in excess of $18 million.

 d. *CNA Class Action Litigation*, Los Angeles Superior Court Class (JCCP 4230). Class action mis-classification case seeking overtime compensation for insurance claims adjusters employed by Defendant. Case settled for $33 million, with final approval granted with no objections filed.

  e. *Dotson v. Royal SunAlliance*, Orange County Superior Court (02CC01787). Class action mis-classification case seeking overtime compensation for insurance claims adjusters employed by Royal SunAlliance. Case settled for $12.3 million, with final approval granted with no objections filed.

  f. *Parris v. Lowe's Home Improvement*, Los Angeles County Superior Court (BC260702). Class action seeking payment of "off-the-clock" hours worked by all hourly employees of Lowe's Home Improvement stores in the State of California. The class was certified by the Court of Appeal and remanded to the trial court for further proceedings.  Shortly thereafter, a $29.5 million settlement was reached and approved without objection.

  g. *Pardo v. Toyota Motor Sales, et al*.  Los Angeles County Superior Court (BC372781).  Class action mis-classification of workers with claims for overtime and missed meal and rest breaks.  The case settled for $7.75 million and was approved with no objections.

  h. *Smith/Ballard v. Wal-Mart Stores, Inc*.  United States District Court for the Northern District of California (Case No. 4:06-cv-05411-SBA). Wage and hour class action seeking unpaid vacation and personal time, unpaid wages, and related penalties on behalf of over 245,000 employees.  The action was certified and settled for $86 million while Defendants' appeal of the certification was pending in the Ninth Circuit Court of Appeals.

  i. *Hoyng v. AON*, Los Angeles County Superior Court (BC377184).  Wage and hour class action seeking overtime and related compensation for mis-classification on behalf of Relationship and Account Specialists.  The case settled for $10.5 million which was approved with no objections filed.

  j. *In RE Bank of America Wage and Hour Employment Practices Litigation*, MDL 2138, United States District Court for the District of Kansas. California state and FLSA wage and hour litigation for various violations including unpaid overtime and "off-the-clock" work. Settled for $73 million.

**DECLARATION OF MARCUS J. BRADLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

k. *Lemus v. H & R Block Litigation*, United States District Court for the Northern District of California (Case No. 3:09-cv-03179-SI) Class certified, and settlement reached prior to trial. Total settlement of $35 million.

l. *Harris v. Vector Marketing Corporation,* United States District Court for the Northern District of California (Case No. 3:08-cv-05198-EMC). Independent contractor mis-classification class action case on behalf of approximately 70,000 employees.

m. *Bickley v. Schneider National Trucking,* United States District Court for the Northern District of California (Case No. 4:08-cv-05806-JSW). Wage and hour class action on behalf of approximately 6,000 truck drivers. Settled for $29.5million.

n. *Roberts v TJX,* United States District Court for the Northern District of California (Case No. 13-CV-04731-MEJ). Wage and hour violations on behalf of approximately 82,000 employees. Settled for $8.5 million.

o. *Oprychal v. New Your Life Insurance,* United States District Court for the Central District of California (Case No. 2:07-cv-00518-VBF). Class action for the failure to pay commissions pursuant to a compensation plan. Settled for $10 million.

p. *Neuvenheim v. Gamestop Corp.,* United States District Court for the Central District of California (Case No. 2:09-cv-06799-ODW). Class action on behalf of nonexempt employees for wage and hour violations.

q. *Hightower v. JP Morgan Chase,* United States District Court for the Central District of California (Case No. 2:11-cv-01802-PSG). Class action on behalf of nonexempt employees for wage and hour violations. Settled for $12 million.

6. On many of the above cases I was either lead or co-lead counsel including cases in multi-district litigation or coordinated proceedings where I worked collaboratively and cooperatively with co-counsel to bring about an efficient and beneficial resolution for all class members as the above results demonstrate.

7. For example, Bradley/Grombacher LLP was recently appointed as interim co-lead counsel in the *In Re: Volkswagon "Clean Diesel" Marketing, Sales Practices,*

5

**DECLARATION OF MARCUS J. BRADLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

*and Products Liability Litigation* currently pending before the Hon. Charles Breyer in the United States District Court for the Northern District of California, Case No. 3:15-md-02672-CRB

8. I have argued cases in trial courts as well as before courts of appeal. My writings on legal topics pertaining to litigating wage and hour class and representative actions have appeared in professional publications and I have been called upon to speak at conferences and seminars for professional organizations including a recent presentation titled "Planning for and Executing Trial in Class and Collective Wage & Hour Cases."

9. I have also been honored as a Super Lawyer in the area of class actions by Los Angeles Magazine for multiple years including 2018. I am also a member of a number of professional organizations including the Consumer Attorneys of Los Angeles, the Consumer Attorneys of California, the California Employment Lawyers Association, and the America Association of Justice.

10. Ms. Grombacher specializes her practice in complex litigation including consumer and employment class actions. She has litigated hundreds of employment and consumer class actions throughout her career which began at Arias, Ozzello & Gignac where she gained extensive experience litigating consumer cases.

11. Thereafter, Ms. Grombacher joined Marlin & Saltzman in 2010 where she focused her practice almost exclusively on wage and hour, collective and representative actions including the reported case, *Faulkinbury v. Boyd & Associates,* which clarified the holding in seminal case, *Brinker Restaurant Corp. v. Superior Court* to establish that legality of certain company policies could be determined on a class-wide basis even if the application of the polices varies by individual.

12. She has been selected by Super Lawyers Magazine as a "Rising Star" in the field of complex litigation since 2015 and has published articles on the field of class action litigation including "A Class-Action Primer" which appeared in *The Advocate,* which is the Journal of Consumer Attorneys of Southern California.

**DECLARATION OF MARCUS J. BRADLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

13. Ms. Grombacher has also lectured on various topics involving complex case management and recently spoke at the Beverly Hills Bar Association's Class Action and Complex Case Management Conference.

14. She is also a member of a number of professional organizations including the Consumer Attorneys of Los Angeles and the America Association of Justice.

15. In addition, Ms. Grombacher and I will be assisted by Bradley/Grombacher senior associate, Taylor Emerson, who is in her sixteenth year of practice. Ms. Emerson brings significant wage and hour class action experience and has ably assisted me and Ms. Grombacher on dozens of class action cases since joining the firm in 2016.

16. Moreover, Bradley/Grombacher will be able to draw on the resources of our co-counsel, Rothchild & Alwill. In addition to utilizing the experience and expertise of attorney, Kristi Rothschild, we will also have numerous other attorneys and support staff from that firm at our disposal when the need arises.

17. In connection with this matter, we have devoted substantial time and resources to developing the case over the past year. Once certified, we are committed to continue handling the matter in a n effective and well-staffed manner.

18. Our firms are working with the representative plaintiff to protect the interests of the putative proposed class. We are familiar with the law as it applies to the legal and factual issues relevant to this matter. Our firms are prepared to dedicate the necessary personnel and resources, and have the capability of doing the same, to prepare for and try this matter to judgment.

19. The proposed representative plaintiff has been informed of her duties and obligations as a class representative. She has been informed of his duty to select adequate and skilled counsel, to cooperate with counsel and to place the interests of the class on a level equal with his owns interests. She has agreed to meet these obligations.

20. I am personally aware of the nature of the claims being raised by the proposed class representative. I do not know of any claim which she has which is

different from or in conflict with the claims of the proposed class or sub class.

21. I have investigated and do not know of any other litigation concerning the claims which are the subject of the current complaint.

**Plaintiff has Met and Conferred in Advance of Filing this Motion**

22. On October 22, 2018, I spoke with counsel for defendant Frontier telephonically regarding the filing of this motion. Counsel advised they could not consent and would oppose the motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my personal knowledge. This declaration is executed this 22nd day of October, 2018, at Westlake Village, California.

                 /s/Marcus J. Bradley
                Marcus J. Bradley

**DECLARATION OF MARCUS J. BRADLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**