**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:   (805) 270-7100
Facsimile:    (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

**ROTHSCHILD & ALWILL, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California   93101
Telephone:   (805) 845-1190
Facsimile:    (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br>           Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br><br>           Defendants. | **Case No.: 2:18-CV-04916 PA (AFMx)**<br><br>**DECLARATION OF PLAINTIFF ANDREA RIDGELL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**DATE:  11/19/18**<br>**TIME:  1:30 p.m.**<br>**DEPT: 9A** |

# DECLARATION OF ANDREA RIDGELL

I, Andrea Ridgell, declare as follows:

1. I am an adult, over the age of 18 years old. I am a resident of the State of California. I am a named Plaintiff and a prospective class member in *ANDREA RIDGELL, on behalf of herself and others similarly situated v. FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California* (Case No. 2:18-CV-04916 PA (AFMx), currently pending in the United States District Court for the Central District of California.

2. I have personal knowledge of the matters stated herein, and if called to testify about these facts, I could and would do so in a competent and truthful manner. I make this declaration in support of Plaintiff's Motion for Class Certification against Defendants AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California (collectively, "AIRBUS").

## Background

3. On June 2, 2017, I boarded Frontier Airlines flight number F91630 with a scheduled departure time of 10:19 PM and an arrival time of 6:04 AM on June 3, 2017. The flight was direct from Los Angeles to Phoenix with no scheduled stops.

4. I believe the aircraft to have been an airbus A320.

5. Approximately two hours into the flight the plane experienced a problem with the air quality in the cabin.

6. I, and many of my fellow passengers, experienced physical distress including one or more of the following non-exhaustive symptoms: passing out, choking, coughing and eye irritation.

Page 1

DECLARATION OF PLAINTIFF ANDREA RIDGELL
CASE NO. 2:18-CV-04916 PA (AFMx)

7. Upon information and belief, while onboard the subject aircraft, I and the members of the classes, were exposed to toxic fumes that entered the passenger cabin through the aircraft's ventilation system as a result of what is commonly referred to as a "fume" event.

8. As a result of the aforementioned problems, the aircraft was forced to make an emergency landing in Phoenix, Arizona, and the subject aircraft was grounded. The all of the passengers were immediately de-boarded from the plane.

9. Some of the passengers were analyzed by paramedics, others were taken to the hospital.

10. Although we each requested to leave, the passengers were confined in the terminal. We were not permitted to board other flights or to leave the terminal area.

11. After three (3) hours the passengers were released from the forced confinement.

12. I contacted Frontier about the incident on or about June 7, 2017 via email submitted through Frontier's website. Defendant Frontier in a response email received June 7, 2017, stated that there was "nothing wrong with [the plane]" and did not provide me with any additional details or redress other than a $200 travel voucher (provided to all passengers) which expired on September 7, 2017.

13. To date, Frontier has not informed me of the name and type of chemicals to which I was exposed.

**Class Representative Status**

14. I seek to be a Class Representative for this lawsuit. I understand that a Class Representative:

    (a)   represents the interests of all members of the class in litigation

      to recover money damages or obtain injunctive relief for the class;

(b) has claims that are typical of those of the class, thus involving common issues of law or fact;

(c) always consider the interests of the class just as he would consider his own interests and, in some cases, must put the interests of the class before his own interests.  This means that the Class Representative is a fiduciary to the Class;

(d) always actively participate in the lawsuit, as necessary, by, among other things, answering interrogatories, producing documents to the requesting party and giving deposition and trial testimony if required;

(e) may be required to travel to give such testimony;

(f) recognizes and accepts that any resolution of the lawsuit, by dismissal or settlement, is subject to court approval, and must be designed in the best interest of the class as a whole;

(g) is not required to be particularly sophisticated or knowledgeable about the subject of the lawsuit;

(h) should follow the progress of the lawsuit and should provide all relevant facts to the lawyers for the class;

(i) volunteers to represent or champion many other people with similar claims and injuries because of the importance of the case and the necessity that all class members benefit from the lawsuit equally; the savings of time, money and effort should benefit all parties and the court.

15. To date, I have performed a number of tasks in my role as a Class Representative.  This includes the following:

    a. Being in regular contact with my counsel regarding the status of my lawsuit, and providing my counsel with any

Page 3

information or documents upon request.

16. I understand that the members of the proposed classes are similarly-situated with respect to a common course of conduct or practice.

17. I understand that class actions are an important tool to assure compliance with the law even where an individual's losses may be relatively small.

18. I have no interests which are inconsistent with the interests of Class Members and will adequately represent Class Members. I brought this lawsuit on behalf of myself and all other non-exempt or hourly employees similarly situated to rectify legal wrongs being committed by Defendants. The legal and factual issues for which I seek to have this case certified as a class action are typical of my own legal and factual issues.

   (a) As a Class Representative I will always consider the interests of Class Members just as I would consider my own interests and, in some cases, must put the interests of Class Members before my own interests. I have and will continue to actively participate in the lawsuit, as necessary, including answering interrogatories, producing documents as requested, giving deposition and trial testimony, and helping in any other way I can. I recognize and accept that any resolution of this lawsuit, by dismissal or settlement, is subject to court approval, and must be designed in the best interest of the class as a whole.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd day of October 2018, at Santa Barbara, California.

Andrea Ridgell