**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:   (805) 270-7100
Facsimile:    (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@ bradleygrombacher.com
temerson@bradleygrombacher.com

**ROTHSCHILD & ALWILL, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California  93101
Telephone:   (805) 845-1190
Facsimile:    (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br>Defendants. | **Case No.: 2:18-CV-04916 PA (AFMx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION**<br><br>**DATE: 11/19/18**<br>**TIME: 1:30 p.m.**<br>**DEPT: 9A** |

1

# ORDER

This matter comes before the Court on Plaintiff's Motion for Class Action Certification (Docket No.). The Court has considered the parties' filings and arguments made at oral argument on this Motion, which was held on November 19, 2018.

FOR GOOD CAUSE APPEARING THEREFORE, it is hereby ordered:

(1) Plaintiff's Motion for Class Action Certification Pursuant to FRCP Rule 23 is granted;

(2) Plaintiff Andrea Ridgell is appointed as Class Representative of the Proposed Class;

(3) Bradley/Grombacher LLP and Rothschild & Alwill, APC are hereby appointed as class counsel.

(4) Plaintiff shall submit a proposed Notice within twenty-five days of this order.

IT IS SO ORDERED.

DATED: _____          _____
                                  HON. PERCY ANDERSON
                                  United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION