Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7699
Email:   kevin.sutherland@clydeco.us
         natasha.mikha@clydeco.us

Jeffrey J. Ellis (admitted *pro hac vice*)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone: (212) 710-3900
Facsimile: (212) 710-3950
Email:   jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>DECLARATION OF VALERIE W. TYLER IN SUPPORT OF FRONTIER AIRLINES INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Date:  November 19, 2018<br>Time:  1:30 p.m.<br>Place: Courtroom of the Honorable Percy Anderson |

I, Valerie W. Tyler, declare and state as follows:

1.  Frontier Airlines, Inc. (hereinafter "Frontier") is an air carrier certified by the United States Department of Transportation to engage in interstate air transportation. I am employed by Frontier in the position of Senior Counsel. I have held this position at Frontier since January, 2015. As Senior Counsel at Frontier, my job duties include: negotiating, writing and reviewing agreements on

behalf of Frontier; advising executives and departments within Frontier on a wide variety of legal issues; researching unique legal issues impacting Frontier; and advising and providing training to Frontier employees with respect to legal risks and liabilities, legal requirements and contract obligations.

2. I have personal knowledge of the facts contained in this declaration. I can competently testify to these facts if called as a witness in these proceedings.

3. This declaration is submitted in support of Frontier's opposition to plaintiff's motion for class certification, filed concurrently herewith.

4. Attached hereto as Exhibit A is a true and correct copy of Frontier's Contract of Carriage. The Contract of Carriage provides terms and conditions of transportation for passengers and their baggage on all flights operated by Frontier. The Contract of Carriage, in addition to such additional terms and conditions presented on Frontier Airlines' website, fare rules, published schedules or printed on or in any ticket or ticket-less travel authorization, govern the rights and liabilities of Frontier's passengers and Frontier with respect to any claims arising out of transportation on domestic flights operated by Frontier.

5. Section 8A of the Contract of Carriage provides that a ticket entitles a passenger to transportation between the point of origin and the destination.

6. Section 16A of the Contract of Carriage provides a limitation of liability for indirect, special or consequential damages which may result from the performance of transportation, delay in performance, or failure to provide transportation. Section 16A provides that the "absolute limit of Frontier's liability for failing to provide transportation will be a refund of the amount paid for the corresponding ticket."

7. Section 20A of the Contract of Carriage provides the basis for refunds of tickets. In the event that no portion of a ticket is used, the refund amount is "equal to the fare and charges paid for the ticket issued to the passenger." If a portion of the ticket has been used, the refund amount is limited to the unused

portion of the ticket. The Contract of Carriage provides no basis for a refund in the event that a ticket has been fully used and the passenger has been transported from the point of origin to the destination.

8. Section 22H of the Contract of Carriage provides that any "case brought pursuant to this Contract of Carriage, Frontier's Tarmac Delay Plan, or Frontier's Customer Service Plan may be brought in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding."

9. In my job duties as Senior Counsel, I am familiar with the laws and regulations to which Frontier's operations must adhere. All of the Airbus aircraft operated by Frontier have been certified as airworthy by the United States Federal Aviation Administration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2018, at Denver, Colorado.

_____
VALERIE W. TYLER

-3-
DECLARATION OF VALERIE W. TYLER IN SUPPORT OF FRONTIER AIRLINES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 633 West 5th Street, 26th Floor, Los Angeles, California 90071.

On October 29, 2018, I served the document(s) described as:

**DECLARATION OF VALERIE W. TYLER IN SUPPORT OF FRONTIER AIRLINES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2018, at Los Angeles, California.

*/s/ Kathy Rollins*
Kathy Rollins

---

4510609 -4-

DECLARATION OF VALERIE TYLER IN SUPPORT OF FRONTIER AIRLINES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
          kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Tel: (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
          jalwill@kdrlawgroup.com

Attorneys for Plaintiff

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4510609

-5-

DECLARATION OF VALERIE TYLER IN SUPPORT OF FRONTIER AIRLINES, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION