Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7699
Email:       kevin.sutherland@clydeco.us
             natasha.mikha@clydeco.us

Jeffrey J. Ellis (admitted *pro hac vice*)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone:  (212) 710-3900
Facsimile:  (212) 710-3950
Email:       jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF FRONTIER AIRLINES INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Date:  November 19, 2018<br>Time:  1:30 p.m.<br>Place: Courtroom of the Honorable Percy Anderson |

I, Jeffrey J. Ellis, declare and state as follows:

1. I am an attorney at law duly licensed to practice in all courts of the State of New York and am admitted *pro hac vice* before this Court in the above-captioned matter. I am a partner in the law firm of Clyde & Co US LLP, counsel for defendant Frontier Airlines, Inc. (hereinafter "Frontier") in the above-captioned matter. I have personal knowledge of the facts contained in this declaration. I can competently testify

1  to these facts if called as a witness in these proceedings

2      2.    This declaration is submitted in support of Frontier's opposition to
3  plaintiff's motion for class certification, filed concurrently herewith.

4      3.    Along with my colleague, Kevin Sutherland, I attended the Court's case
5  management conference in the above-captioned matter on behalf of Frontier on October
6  1, 2018. Counsel for plaintiff, Kiley Grombacher, was also in attendance.

7      4.    It is my recollection that, during the conference, the Court inquired with
8  respect to the damages that plaintiff and the proposed classes would be seeking. After
9  some discussion, plaintiff's counsel ultimately conceded that the proposed nationwide
10 class of passengers would be claiming only economic damages in the form of the cost
11 of their tickets for flights on allegedly defective aircraft. With respect to the proposed
12 sub-class of passengers on plaintiff's flight, plaintiff's counsel ultimately conceded that
13 their proposed claim would be focused on the alleged false imprisonment, as opposed
14 to any physical injuries. It is my recollection that plaintiff's counsel also conceded that
15 plaintiff's alleged physical injury claim was transient in nature.

16     5.    On October 8, 2018, my colleague Kevin Sutherland caused to be filed a
17 transcript order form for the transcript from the October 1, 2018 case management
18 conference. We anticipate receiving the transcript by November 8, 2018 and, to the
19 extent that a review of the transcript requires me to clarify or revise any of my
20 statements above with respect to the conference, I shall cause to be filed a supplemental
21 declaration in advance of the November 19, 2018 hearing on plaintiff's motion for class
22 certification.

23     I declare under penalty of perjury under the laws of the United States of America
24 that the foregoing is true and correct. Executed on October 29, 2018, at New York,
25 New York.

26
27                                         _____
                                        JEFFREY J. ELLIS
28

*Sidebar:* CLYDE & CO US LLP / 633 West 5th Street, 26th Floor / Los Angeles, California 90071 / Telephone: (213) 358-7600

DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF FRONTIER AIRLINES, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 633 West 5th Street, 26th Floor, Los Angeles, California 90071.

On October 29, 2018, I served the document(s) described as:

**DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF FRONTIER AIRLINES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2018, at Los Angeles, California.

_____
Kathy Rollins

4509327

-3-

DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF FRONTIER AIRLINES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Tel: (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
        jalwill@kdrlawgroup.com

Attorneys for Plaintiff

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

4509327                             -4-
DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF FRONTIER AIRLINES, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION