**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Roade, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

**ROTHSCHILD & ASSOCIATES, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Telephone: (805) 845-1190
Facsimile: (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br><br>Defendants. | **CASE NO. CV 18-4916 PA (AFMx)**<br><br>**DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF RESPONSE TO PLAINTIFF TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

## DECLARATION OF KILEY L. GROMBACHER

I, Kiley Lynn Grombacher, declare as follows:

1. I am an attorney duly admitted to practice law before this Court and I am a member in good standing of the State Bar of California, the State Bar of Tennessee, and in the Third and Ninth Circuits.

2. I am a named partner at Bradley/Grombacher, LLP counsel for Andrea Ridgell ("Plaintiff").

3. In my capacity as counsel, I have been actively involved with all aspects of this litigation. Accordingly, I have personal knowledge of all the matters set forth herein, and if called, I could and would competently testify to the following:

4. I submit this declaration in support of the Response of Plaintiff to the Order to Show Cause Re: Dismissal for Lack of Prosecution.

5. Plaintiff filed this action on June 1, 2018.

6. Given that defendant Airbus S.A.S. ("Airbus") is a foreign corporation, service must be effectuated through protocols established by the Hauge Convention.

7. Shortly after filing, Plaintiff caused the complaint and all initiating documents to be translated into French.

8. Promptly upon translation, Plaintiff began the process of effectuating service under the Hague Convention with the assistance of ABC Legal Services, Inc. ("ABC Legal"), a process serving company.

9. On or about July 12, 2018, ABC Legal caused a service request along with French translations of the following case-related documents to be transmitted via Federal Express to the Ministry de la Justice in Paris: Complaint, Summons, Notice of Assignment, Standing Order, Notice to Parties of Court-Directed ADR, and Certificate of Interested Parties.

2

**Declaration of Kiley Lynn Grombacher In Support of Response of Plaintiff to OSC Re: Dismissal for Lack of Prosecution**

10. The service request was received by the Ministry de la Justice in Paris on July 16, 2018, FedEx confirmation 772692515080.

11. Our office has corresponded with Rick Hamilton, Director of International Service at ABC Legal and been informed that their office has not yet received the proof of service from the Ministry de la Justice in Paris. Upon receipt, ABC Legal will cause the proof to be translated into English and will provide the translated proof to our office for filing with the Court.

12. We have been informed that Mr. Hamilton has followed up with his contact at the Ministry de la Justice in Paris but we do not yet have an estimate of when service will be completed.

13. Given the time delay, Plaintiff is exploring other potential mechanisms for service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is based upon my own personal knowledge. Executed in Westlake Village, California on 4th February, 2019.

                                                  _/s/Kiley Lynn Grombacher_____
                                                        Kiley Lynn Grombacher

3

**Declaration of Kiley Lynn Grombacher In Support of Response of Plaintiff to OSC Re: Dismissal for Lack of Prosecution**