**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**ROTHSCHILD & ASSOCIATES, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Telephone: (805) 845-1190
Facsimile: (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br>Defendants. | CASE NO. CV 18-4916 PA (AFMx)<br><br>DECLARATION OF RICK HAMILTON IN SUPPORT OF RESPONSE OF PLAINTIFF TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

1

Declaration of Rick Hamilton In Support of Response of Plaintiff to Order to Show Cause Re: Dismissal for Lack of Prosecution

## **DECLARATION OF RICK HAMILTON**

I, Kiley Lynn Grombacher, declare as follows:

1. I am a citizen of the United States. I am over the age of eighteen and not a party to the action. I am the Director of International Services at ABC Legal Services, Inc. My business address 633 Yesler Way, Seattle, WA 98104.

2. I have personal knowledge of all the matters set forth herein, and if called, I could and would competently testify to the following:

3. In my capacity as Director of International Services I have been actively involved with all aspects of international service including service effectuated pursuant to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial matters.

4. This Declaration is submitted in support of the response of Andrea Ridgell to the Order to Show Case regarding service.

5. On or about July 12, 2018, our office caused a service request along with French translations of the following case-related documents to be transmitted via Federal Express to the Ministry de la Justice in Paris: Complaint, Summons, Notice of Assignment, Standing Order, Notice to Parties of Court-Directed ADR, and Certificate of Interested Parties. A true and correct copy of the request for Service Abroad of Judicial or Extrajudicial Documents is attached hereto as Exhibit A.

6. The service request was received by the Ministry de la Justice in Paris on July 16, 2018, FedEx confirmation 772692515080. A true and correct copy of the FedEx Proof of Delivery is attached hereto as Exhibit B.

7. Our office has not yet received the proof of service from the Ministry de la Justice in Paris. Upon receipt, I will have the proof translated into English and will provide to counsel for Plaintiff for filing with the Court.

8. In my experience, service through the Ministry de la Justice in Paris can routinely take between six (6) and twelve (12) months.

2

**Declaration of Rick Hamilton In Support of Response of Plaintiff to Order to Show Cause Re: Dismissal for Lack of Prosecution**

9. I have followed up with my contact at the Ministry de la Justice in Paris but do not have an estimate of when service will be completed.

I declare under penalty of perjury under the laws of the State of California, the State of Washington and the United States that the foregoing is true and correct to the best of my personal knowledge. This declaration is executed this 14th day of March, 2019, at Seattle, Washington.

Rick Hamilton