**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:  (805) 270-7100
Facsimile:   (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@ bradleygrombacher.com
temerson@bradleygrombacher.com

**ROTHSCHILD & ALWILL, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California  93101
Telephone:  (805) 845-1190
Facsimile:   (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br>Defendants. | **Case No.: 2:18-CV-04916 PA (AFMx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SERVE DEFENDANT AIRBUS S.A.S UNDER FEDERAL RULE 4(f)(3)** |

1

## **ORDER**

This matter comes before the Court on Plaintiff's Motion to Serve Defendant AirbuS S.A.S Under Federal Rule 4(f)(3) (Docket No.). The Court has considered the parties' filings and arguments made at oral argument on this Motion, which was held on May 6, 2019.

FOR GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that service shall be made upon Airbus S.A.S. by international courier, Federal Express, to the company's headquarters in Toulouse, France as well as to their North American contact address in Virginia.

IT IS SO ORDERED.

DATED: _____     _____
                                                  HON. PERCY ANDERSON
                                                  United States District Judge