# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREA RIDGELL <br><br> Plaintiff(s), <br><br> v. <br><br> FRONTIER AIRLINES, INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:18–cv–04916–PA–AFM <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   4/6/2019

Document Number(s):   50

Title of Document(s):   Memorandm in Support of Motion

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motions > Order

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: April 8, 2019                    By: /s/ *Margo Mead  margo_mead@cacd.uscourts.gov*
                                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS