**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:   (805) 270-7100
Facsimile:   (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@ bradleygrombacher.com

**ROTHSCHILD & ASSOCIATES, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California   93101
Telephone:   (805) 845-1190
Facsimile:   (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br><br>Defendants. | **CASE NO. CV 18-4916 PA (AFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AIRBUS S.A.S PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

1
**Notice of Voluntary Dismissal**

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) plaintiff Andrea Ridgell ("Plaintiff"), voluntarily dismisses the above-captioned case without prejudice as to defendant AIRBUS S.A.S. The action shall remain pending as to Frontier Airlines Inc.

DATED: May 10, 2019      **BRADLEY/GROMBACHER, LLP**

By**:** /s/ Kiley Lynn Grombacher
     Marcus J. Bradley, Esq.
     Kiley Lynn Grombacher, Esq.
     Attorneys for Plaintiff

2
**Notice of Voluntary Dismissal**