|   |   |
|---|---|
| 1 | Kevin R. Sutherland (State Bar No. 163746) |
|   | Natasha N. Mikha (State Bar No. 270731) |
| 2 | CLYDE & CO US LLP |
|   | 355 S. Grand Avenue, Suite 1400 |
| 3 | Los Angeles, California 90071 |
|   | Telephone: (213) 358-7600 |
| 4 | Facsimile: (213) 358-7699 |
|   | Email: kevin.sutherland@clydeco.us |
| 5 | natasha.mikha@clydeco.us |
| 6 | Jeff Ellis (admitted *pro hac vice*) |
|   | CLYDE & CO US LLP |
| 7 | 405 Lexington Avenue, 16th Floor |
|   | New York, New York 10174 |
| 8 | Telephone: (212) 710-3900 |
|   | Facsimile: (212) 710-3950 |
| 9 | Email: jeff.ellis@clydeco.us |
| 10 | Attorneys for Defendant |
|   | FRONTIER AIRLINES, INC. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANDREA RIDGELL, on behalf of herself and others similarly situated, | ) Case No.: 2:18-CV-04916 PA (AFMx) |
|---|---|
| Plaintiff, | ) NOTICE OF CHANGE OF ADDRESS |
| v. | ) |
| FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California, | ) Complaint Filed: June 1, 2018 |
| Defendants. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Clyde & Co US LLP's address will change to 355 S. Grand Avenue, Suite 1400, Los Angeles, California 90071. Our telephone number and facsimile will remain the same.

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

| | |
|---|---|
| Dated: May 16, 2019 | CLYDE & CO US LLP |
| | By: _____/s/_____ |
| | KEVIN R. SUTHERLAND |
| | NATASHA N. MIKHA |
| | -AND- |
| | JEFF ELLIS (admitted *pro hac vice*) |
| | Attorneys for Defendant |
| | FRONTIER AIRLINES, INC. |

# PROOF OF SERVICE
## STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On May 16, 2019, I served the document(s) described as:

NOTICE OF CHANGE OF ADDRESS

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 16, 2019, at San Francisco, California.

*/s/ Sonja L. Gray*
Sonja L. Gray

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
      kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Tel: (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
      jalwill@kdrlawgroup.com

Attorneys for Plaintiff