Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
355 S. Grand Avenue, 14th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7699
Email: kevin.sutherland@clydeco.us
       natasha.mikha@clydeco.us

Jeffrey J. Ellis (admitted *pro hac vice*)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone: (212) 710-3900
Facsimile: (212) 710-3950
Email: jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>FRONTIER AIRLINES INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Date: June 17, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom of the Honorable Percy Anderson |

Pursuant to Federal Rule of Civil Procedure 56 and United States District Court for the Central District of California Local Rule 56-1, Frontier Airlines, Inc. (hereinafter "Frontier "), by and through its counsel of record, Clyde & Co US LLP, hereby submits its statement of uncontroverted facts and conclusions of law in support of its motion for summary judgment as follows.

6036766

FRONTIER AIRLINES INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

CLYDE & CO US LLP
355 S. Grand Avenue, 14th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

| Uncontroverted Fact No. | Facts and Conclusions of Law | Supporting Evidence |
|---|---|---|
| 1. | Frontier did not manufacture, distribute or act as a retailer of the subject aircraft. | First Amended Complaint, ¶ 19; Declaration of James Nides ("Nides Decl."), ¶¶ 2 and 18. |
| 2. | Frontier did not design or assemble the subject aircraft. | First Amended Complaint, ¶ 19; Nides Decl., ¶¶ 2 and 18. |
| 3. | Frontier did not represent, promote or market the subject aircraft. | First Amended Complaint, ¶ 19; Nides Decl., ¶¶ 2 and 18. |
| 4. | The United States Federal Aviation Administration ("FAA") mandates that aircraft be both registered and certified as airworthy. | Nides Decl., ¶¶ 5-6. |
| 5. | In order to operate an aircraft, air carriers must receive an airworthiness certificate, which certifies that the aircraft conforms to its type certificate and is in condition for safe operation. | Nides Decl., ¶¶ 5 and 8. |
| 6. | At all relevant times, the Airbus aircraft that operated flight no. 1630 on or about June 3, 2017 was certified as airworthy by the FAA. | Nides Decl., ¶¶ 5, 9 and 11. |
| 7. | At all relevant times, the Airbus | Nides Decl., ¶¶ 5, 10, 11 |

CLYDE & CO US LLP
355 S. Grand Avenue, 14th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

| | | |
|---|---|---|
| | aircraft that operated flight no. 1630 on or about June 3, 2017 was maintained and inspected in accordance with the FAA's requirements for safe operation of aircraft. | and 14; Declaration of Henry Villareal ("Villareal Decl."), ¶¶ 1, 4, 5, and 6; Exhibit C to Villareal Declaration. |
| 8. | On or about June 3, 2017, the Airbus aircraft that operated flight no. 1630 was inspected in accordance with FAA regulations by a technician in Frontier's FAA-certified maintenance program. | Nides Decl., ¶¶ 5, 10, 11, 12, 13, 14 and 15; Exhibit A to Nides Decl.; Villareal Decl., ¶¶ 1, 4, 5, and 6; Exhibit C to Villareal Declaration. |
| 9. | In the four weeks following June 3, 2017, the Airbus aircraft that operated flight no. 1630 was tracked and there were no reports of any unknown odors detected. | Nides Decl., ¶¶ 5, 10, 11, 12, 13, 14 and 15; Exhibit A to Nides Decl. |
| 10. | Menzies Aviation ("Menzies") is a company providing essential airport services on behalf of air carriers. | Declaration of Brittany Shamburger ("Shamburger Decl."), ¶ 1. |
| 11. | In June, 2017, Menzies provided gate agents for Frontier Airlines at Phoenix Sky Harbor International Airport. | Shamburger Decl., ¶ 1. |
| 12. | In handling situations involving a flight delay and/or cancellation, | Shamburger Decl., ¶¶ 2, 4, and 5. |

6036766

-2-

FRONTIER AIRLINES INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | | | |
|---|---|---|---|
| | | Menzies gate agents are trained to advise passengers to remain near the gate area so that they can hear announcements relating to the status of their flight, as the aircraft could leave earlier than its estimated time. | |
| | 13. | In event of a cancellation, Menzies gate agents are trained to make announcements regarding any alternative transportation, hotel accommodations and/or compensation to be provided to passengers. | Shamburger Decl., ¶¶ 2, 4, and 5. |
| | 14. | At airport terminal gates, Menzies agents do not confine passengers in the gate area by any means and they have no intention to confine passengers. | Shamburger Decl., ¶¶ 2, 4, and 6. |
| | 15. | Menzies gate agents are not armed and have no legal authority to detain any passenger. | Shamburger Decl., ¶¶ 2, 4, and 7. |
| | 16. | Menzies does not use physical barriers, force, threats of force, menace, fraud, deceit or unreasonable duress in dealing with passengers. | Shamburger Decl., ¶¶ 2, 4, and 7. |

6036766

-3-

FRONTIER AIRLINES INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

CLYDE & CO US LLP
355 S. Grand Avenue, 14th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

| | | | |
|---|---|---|---|
| 17. | | If a passenger expresses a desire to leave the gate area and/or airport, Menzies' gate agents are trained to advise the passengers that they are free to leave but they may miss their flight and/or alternate transportation. | Shamburger Decl., ¶¶ 2, 4, and 9. |
| 18. | | Following the diversion of flight no. 1630 to Phoenix on June 3, 2017, Frontier transported plaintiff, via alternate aircraft, to her ultimate destination of Orlando, Florida. | Nides Decl., ¶¶ 2 and 16; Exhibit B to Nides Decl. |

Dated: May 20, 2019

CLYDE & CO US LLP

By: _____
KEVIN R. SUTHERLAND
NATASHA N. MIKHA
Attorneys for Defendant
FRONTIER AIRLINES, INC.

CLYDE & CO US LLP
355 S. Grand Avenue, 14th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

6036766

-4-

FRONTIER AIRLINES INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 633 West 5th Street, 26th Floor, Los Angeles, California 90071.

On May 20, 2019, I served the document(s) described as:

FRONTIER AIRLINES INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record. who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 20, 2019**, at Los Angeles, California.

_____
Sonja L. Gray

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Tel: (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
        jalwill@kdrlawgroup.com

Attorneys for Plaintiff