Kevin R. Sutherland (State Bar No. 163746)
Natasha N. Mikha (State Bar No. 270731)
CLYDE & CO US LLP
355 S. Grand Avenue, 14th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7699
Email:     kevin.sutherland@clydeco.us
           natasha.mikha@clydeco.us

Jeffrey J. Ellis (admitted *pro hac vice*)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone:  (212) 710-3900
Facsimile:  (212) 710-3950
Email:     jeff.ellis@clydeco.us

Attorneys for Defendant
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ, INC., a corporation doing business in the State of California,<br><br>   Defendants. | Case No.: 2:18-CV-04916 PA (AFMx)<br><br>DECLARATION OF BRITTANY SHAMBURGER IN SUPPORT OF FRONTIER AIRLINES INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: June 17, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom of the Honorable Percy Anderson |

I, Brittany Shamburger, declare and state as follows:

1. Menzies Aviation is a company providing essential airport services on behalf of air carriers. In June, 2017, Menzies provided gate agents for Frontier Airlines at Phoenix Sky Harbor International Airport.

2. I am employed by Menzies in the position of General Manager and

am currently based in Denver, Colorado ("DEN").  In June, 2017, I was employed by Menzies as an Account Manager at Phoenix Sky Harbor International Airport. At that time, my legal name was Brittany Gorman, but I have since married and my legal surname is now Shamburger.  As Account Manager at Menzies in Phoenix, my job duties included overseeing day-to-day operations on my customers' flight operations.

3. I have personal knowledge of the facts contained in this declaration. I can competently testify to these facts if called as a witness in these proceedings.

4. I understand Frontier flight no. 1630 on June 3, 2017 is at issue in this litigation.  To my understanding, the Menzies gate agents on duty when flight no. 1630 landed in Phoenix no longer work for Menzies.  However, both in my current capacity as General Manager and formerly as Account Manager at Menzies, I am familiar with Menzies' training and policies and procedures regarding the duties of gate agents.

5. Menzies gate agents regularly handle the boarding and disembarkation process on behalf of Menzies' air carrier partners.  In handling any situation involving a flight delay and/or cancellation, Menzies gate agents are trained to advise passengers to remain near the gate area so that they can hear announcements relating to the status of their flight, as the aircraft could leave earlier than its estimated time.  In event of a cancellation, Menzies gate agents are trained to make announcements regarding any alternative transportation, hotel accommodations and/or compensation to be provided to passengers.

6. At airport terminal gates, Menzies agents do not confine passengers in the gate area by any means and they have no intention to confine passengers. Rather, Menzies agents make announcements regarding flight status and boarding and check passengers in as they board their flights.

7. Menzies gate agents are not armed and have no legal authority to

detain any passenger. Menzies also does not use physical barriers, force, threats of force, menace, fraud, deceit or unreasonable duress in dealing with passengers. Rather, it is Menzies' policy and procedure to advise passengers that, if they leave the gate area, they may miss an important announcement regarding the flight. However, passengers are always free to leave the gate area and many passengers do leave in order to use the restroom, purchase food and/or visit a designated smoking area within the airport.

8. I was not working in the area at the time, but it is my understanding that on June 3, 2017, the Phoenix Sky Harbor International Airport was open and in operation when flight no. 1630 landed. In accordance with their training, the Menzies gates agents who handled the disembarkation of flight no. 1630 that day would have made the usual announcements to passengers, to remain near the gate area in order to hear further announcements regarding the status of their flight.

9. If a passenger expresses a desire to leave the gate area and/or airport, Menzies' gate agents are trained to advise the passengers that they are free to leave but they may miss their flight and/or alternate transportation. I am not aware of Menzies having any record or other indication of passenger complaints or requests to leave the airport relating to flight no. 1630 on June 3, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2019, at Denver, Colorado.

_____
BRITTANY SHAMBURGER

-3-
DECLARATION OF BRITTANY SHAMBURGER IN SUPPORT OF FRONTIER AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT

4838-6196-3671.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On May 20, 2019, I served the document(s) described as:

DECLARATION OF BRITTANY SHAMBURGER IN SUPPORT OF FRONTIER AIRLINES INC.'S MOTION FOR SUMMARY JUDGMENT

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2019, at San Francisco, California.

_____
Sonja L. Gray

-4-
DECLARATION OF BRITTANY SHAMBURGER IN SUPPORT OF FRONTIER AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT

# SERVICE LIST

Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
BRADLEY/GROMBACHER LLP
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Tel: (805) 270-7100
Fax: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
 kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
ROTHSCHILD & ASSOCIATES, APC
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Tel: (805) 845-1190
Fax: (805) 456-0132
E-Mail: krothschild@kdrlawgroup.com
 jalwill@kdrlawgroup.com

Attorneys for Plaintiff