**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:(805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@ bradleygrombacher.com

**ROTHSCHILD & ASSOCIATES, APC**
Kristi D. Rothschild, Esq. (SBN 222727)
Julian Alwill, Esq. (SBN 259416)
27 W. Anapamu Street, Suite 289
Santa Barbara, California 93101
Telephone:(805) 845-1190
Facsimile: (805) 456-0132
krothschild@kdrlawgroup.com
jalwill@kdrlawgroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and others similarly situated<br><br>        Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. a Colorado corporation; AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California<br>        Defendants. | **CASE NO. CV 18-4916 PA (AFMx)**<br><br>**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

6051159

1

Plaintiff Andrea Ridgell ("Plaintiff") and defendant Frontier Airlines, Inc. ("Frontier")(collectively the "Parties"), by and through their undersigned counsel, HEREBY STIPULATE to dismissal, with prejudice, of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties are to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: May 25, 2019

**BRADLEY/GROMBACHER, LLP**
**ROTHSCHILD & ASSOCIATES, APC**

By: /s/ *Kiley Lynn Grombacher*
Marcus J. Bradley, Esq.
Kiley Lynn Grombacher, Esq.
Attorneys for Plaintiff


Dated: May 27, 2019

**CLYDE & CO US LLP**

By: /s/ *Natasha Mikha*
KEVIN R. SUTHERLAND
NATASHA N. MIKHA
Attorneys for Defendant
FRONTIER AIRLINES, INC.